United States Bankruptcy Court
District of Kansas, Topeka Division

In re **Pica, Mark Leslie & Pica, Kelley Ann**　　　　　　Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　Chapter **13** _____

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I **Mark Leslie Pica** declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☒　I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐　I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____
_____.

☐　I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on **May 13, 2013**　　　　　(date) by　　**/s/ Mark Leslie Pica**　　　　　(debtor)

Case 13-40627　Doc# 6　Filed 05/22/13　Page 1 of 1