United States Bankruptcy Court
District of Kansas, Topeka Division

In re **Pica, Mark Leslie & Pica, Kelley Ann**           Case No. _____
                                    Debtor              Chapter **13** _____

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I **Kelley Ann Pica** declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____.

☒  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on **May 13, 2013** _____ (date) by  /s/ **Kelley Ann Pica** _____ (joint debtor)