Advisors Excel LLC
1300 SW Arrowhead Rd, Suite 200
Topeka, KS 66604


Kelley A Pica
7434 SW Ambassador Pl
Topeka, KS 66610

| Employee Pay Stub | | Check number: 35022657 | | | Pay Period: 05/01/2013 - 05/15/2013 | | Pay Date: 05/15/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Kelley A Pica, 7434 SW Ambassador Pl, Topeka, KS 66610 | | | | | ***-**-1588 | Married/Single | Fed-0/0/KS-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Sales Salaries | 77:30 | | 1,776.04 | 15,457.25 |
| Sales Vacation Salary | 2:30 | | 57.29 | 1,042.72 |
| Commissions | | | | 6,798.18 |
| | 80:00 | | 1,833.33 | 23,298.15 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Employee Health Insurance | | | -140.16 | -1,261.44 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -165.00 | -2,747.00 |
| Social Security Employee | | | -104.98 | -1,366.28 |
| Medicare Employee | | | -24.55 | -319.53 |
| KS - Withholding | | | -65.00 | -918.00 |
| | | | -359.53 | -5,350.81 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Direct Deposit - Checking | | | -1,241.97 | -15,379.31 |
| 401(K) EE Roth Contributions | | | -91.67 | -1,256.59 |
| Jeans Day Deduction | | | | -50.00 |
| | | | -1,333.64 | -16,685.90 |
| **Net Pay** | | | **0.00** | |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0:00 | 45:30 | 124:30 |
| **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| 401(K) ER Contributions | | 55.00 | 698.95 |

**Company Message**

This payroll covers the benefit time period of April 15th thru April 28th

Advisors Excel LLC
Topeka, KS 66604

Kelley A Pica
7434 SW Ambassador Pl
Topeka, KS 66610

| Employee Pay Stub | | Check number: | | | Pay Period: 04/16/2013 - 04/30/2013 | | Pay Date: 04/30/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Kelley A Pica, 7434 SW Ambassador Pl, Topeka, KS 66610 | | | | | ***-**-1588 | Married/Single | Fed-0/0/KS-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Sales Salaries | 79:00 | | 1,810.41 | 13,681.21 | Vacation | | 43:00 | 127:00 |
| Sales Vacation Salary | 1:00 | | 22.92 | 985.43 | | | | |
| Commissions | 1.00 | 235.81 | 235.81 | 6,798.18 | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| | | | 2,069.14 | 21,464.82 | 401(K) ER Contributions | | 62.07 | 643.95 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | **Company Message** | | | |
| Employee Health Insurance | | | -140.16 | -1,121.28 | This payroll includes the benefit time period of April 1st thru April 14th | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| Federal Withholding | | | -200.00 | -2,582.00 | | | | |
| Social Security Employee | | | -119.60 | -1,261.30 | | | | |
| Medicare Employee | | | -27.97 | -294.98 | | | | |
| KS - Withholding | | | -77.00 | -853.00 | | | | |
| | | | -424.57 | -4,991.28 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| Direct Deposit - Checking | | | -1,400.95 | -14,137.34 | | | | |
| 401(K) EE Roth Contributions | | | -103.46 | -1,164.92 | | | | |
| Jeans Day Deduction | | | | -50.00 | | | | |
| | | | -1,504.41 | -15,352.26 | | | | |
| **Net Pay** | | | **0.00** | | | | | |

Advisors Excel LLC, Topeka, KS 66604

Powered by Intuit Payroll

Advisors Excel LLC
Topeka, KS 66604

Kelley A Pica
7434 SW Ambassador Pl
Topeka, KS 66610

| Employee Pay Stub | | | Check number: | | Pay Period: 04/01/2013 - 04/15/2013 | | Pay Date: 04/15/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Kelley A Pica, 7434 SW Ambassador Pl, Topeka, KS 66610 | | | | | ***-**-1588 | Married/Single | Fed-0/0/KS-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Sales Salaries | 64:00 | | 1,466.66 | 11,870.80 |
| Sales Vacation Salary | 16:00 | | 366.67 | 962.51 |
| Commissions | | | | 6,562.37 |
| | | | 1,833.33 | 19,395.68 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Employee Health Insurance | -140.16 | -981.12 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -165.00 | -2,382.00 |
| Social Security Employee | -104.97 | -1,141.70 |
| Medicare Employee | -24.55 | -267.01 |
| KS - Withholding | -65.00 | -776.00 |
| | -359.52 | -4,566.71 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Direct Deposit - Checking | -1,241.98 | -12,736.39 |
| 401(K) EE Roth Contributions | -91.67 | -1,061.46 |
| Jeans Day Deduction | | -50.00 |
| | -1,333.65 | -13,847.85 |

**Net Pay**      0.00

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 42:00 | 128:00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401(K) ER Contributions | 55.00 | 581.88 |

**Company Message**

This payroll covers the benefit time period of March 16th thru March 31st

Advisors Excel LLC, Topeka, KS 66604     Powered by Intuit Payroll

Case 13-40627    Doc# 7-1    Filed 05/22/13    Page 3 of 5

Advisors Excel LLC
Topeka, KS 66604

Kelley A Pica
7434 SW Ambassador Pl
Topeka, KS 66610

| Employee Pay Stub | | Check number: | | | Pay Period: 03/16/2013 - 03/31/2013 | | Pay Date: 03/29/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Kelley A Pica, 7434 SW Ambassador Pl, Topeka, KS 66610 | | | | | ***-**-1588 | Married/Single | Fed-0/0/KS-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | YTD Used | Available |
|---|---|---|---|---|---|---|---|
| Sales Salaries | 76:00 | | 1,741.66 | 10,404.14 | Vacation | 26:00 | 144:00 |
| Sales Vacation Salary | 4:00 | | 91.67 | 595.84 | **Non-taxable Company Items** | **Current** | **YTD Amount** |
| Commissions | 1.00 | 4,084.84 | 4,084.84 | 6,562.37 | 401(K) ER Contributions | 177.55 | 526.88 |
| | | | 5,918.17 | 17,562.35 | | | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Employee Health Insurance | -140.16 | -840.96 |

**Company Message**

This payroll covers the benefit time period of March 4th thru March 17th

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -1,019.00 | -2,217.00 |
| Social Security Employee | -358.24 | -1,036.73 |
| Medicare Employee | -83.78 | -242.46 |
| KS - Withholding | -265.00 | -711.00 |
| | -1,726.02 | -4,207.19 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Direct Deposit - Checking | -3,756.08 | -11,494.41 |
| 401(K) EE Roth Contributions | -295.91 | -969.79 |
| Jeans Day Deduction | | -50.00 |
| | -4,051.99 | -12,514.20 |

| Net Pay | 0.00 |
|---|---|

Advisors Excel LLC, Topeka, KS 66604

Powered by **Intuit Payroll**

Advisors Excel LLC
Topeka, KS 66604

Kelley A Pica
7434 SW Ambassador Pl
Topeka, KS 66610

| Employee Pay Stub | | Check number: 939783 | | | Pay Period: 03/01/2013 - 03/15/2013 | | Pay Date: 03/15/2013 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Kelley A Pica, 7434 SW Ambassador Pl, Topeka, KS 66610 | | | | | ***-**-1588 | Married/Single | Fed-0/0/KS-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Sales Salaries | 80:00 | | 1,833.33 | 8,662.48 | Vacation | | 22:00 | 148:00 |
| Sales Vacation Salary | | | | 504.17 | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| Commissions | | | | 2,477.53 | 401(K) ER Contributions | | 55.00 | 349.33 |
| | | | 1,833.33 | 11,644.18 | | | | |
| **Deductions From Gross** | | | Current | YTD Amount | **Company Message** | | | |
| Employee Health Insurance | | | -140.16 | -700.80 | This payroll covers the benefit time period of February 18th thru March 3rd | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -165.00 | -1,198.00 | | | | |
| Social Security Employee | | | -104.98 | -678.49 | | | | |
| Medicare Employee | | | -24.55 | -158.68 | | | | |
| KS - Withholding | | | -65.00 | -446.00 | | | | |
| | | | -359.53 | -2,481.17 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| Direct Deposit - Checking | | | -1,241.97 | -7,738.33 | | | | |
| 401(K) EE Roth Contributions | | | -91.67 | -673.88 | | | | |
| Jeans Day Deduction | | | | -50.00 | | | | |
| | | | -1,333.64 | -8,462.21 | | | | |
| **Net Pay** | | | 0.00 | | | | | |

Advisors Excel LLC, Topeka, KS 66604

Powered by **Intuit Payroll**