Form opfip  (Revised 11/04/2011)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 13–40627  Chapter: 13

In re:

Mark Leslie Pica
fdba    MP Construction LLC
2745 SW Villa West Dr.
Apt. 1101
Topeka, KS 66614

Kelley Ann Pica
7434 SW Ambassador Pl
Apt. 1101
Topeka, KS 66610–3005

SSN: xxx–xx–3726 EIN: 26–2111186

SSN: xxx–xx–1588

| **Entered By The Court 5/23/13** | **ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS THROUGH THE PLAN** | **Filed By The Court 5/23/13 Hugh N. Zavadil, Acting Clerk of Court US Bankruptcy Court** |

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court:

IT IS ORDERED that the debtor(s) pay the filing fee and/or administrative fee according to the following terms:

Total fees due for a Chapter 13 case are $281.00 and payments must comply with Fed. R. Bankr. P. 1006.

Debtor(s) propose(s) that any unpaid portion of the filing fee shall be paid through the Chapter 13 Plan, and shall be payable to the Chapter 13 Trustee.

**Please DO NOT pay filing fees directly (electronically, or to Clerk, United States Bankruptcy Court) if you are paying them through the PLAN (payments directly to the Case Trustee).**

IT IS FURTHER ORDERED that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Document 8 – 2

s/  Hugh N. Zavadil, Acting
Clerk, United States Bankruptcy Court