**Form odebtwage** (Revised 10/20/2005)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

| | |
|---|---|
| Case Number: 13–40627 | Chapter: 13 |

In re: (Name of Debtor)

| | |
|---|---|
| Mark Leslie Pica<br>fdba    MP Construction LLC<br>2745 SW Villa West Dr.<br>Apt. 1101<br>Topeka, KS 66614 | Kelley Ann Pica<br>7434 SW Ambassador Pl<br>Apt. 1101<br>Topeka, KS 66610–3005 |
| SSN: xxx–xx–3726 EIN: 26–2111186 | SSN: xxx–xx–1588 |

| Entered By The Court<br>5/23/13 | **ORDER TO DEBTOR(S) TO PAY TO THE TRUSTEE** | **Filed By The Court**<br>**5/23/13**<br>**Hugh N. Zavadil, Acting**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

The Debtor(s) have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

The Debtor(s)' are hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$495.00 monthly

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**Jan Hamilton**
**Chapter 13 Trustee**
**PO Box 2159**
**Topeka, KS 66601–2159**
**(785) 234–1551**

IT IS FURTHER ORDERED that said Debtor(s) notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

| | |
|---|---|
| Document 9 | s/ Janice Miller Karlin<br>United States Bankruptcy Judge |