**Form ntcfinmgt** (Revised 03/06/2013)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

| | |
|---|---|
| Case Number: 13–40627 | Chapter: 13 |

In re: (Name of Debtor)

Mark Leslie Pica
fdba   MP Construction LLC
2745 SW Villa West Dr.
Apt. 1101
Topeka, KS 66614

Kelley Ann Pica
7434 SW Ambassador Pl
Apt. 1101
Topeka, KS 66610–3005

EIN: 26–2111186

**Entered By The Court**
**5/23/13**

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT**
**(Official Form 23)**

**Filed By The Court**
**5/23/13**
**Hugh N. Zavadil, Acting**
**Clerk of Court**
**US Bankruptcy Court**

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or Chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 10 – 3

s/   Hugh N. Zavadil, Acting
Clerk, United States Bankruptcy Court

Case 13-40627    Doc# 10-1    Filed 05/23/13    Page 1 of 1