UNITED STATES BANKRUPTCY COURT District of Kansas (Topeka)

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/22/13.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

**Creditors−Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| **Mark Leslie Pica**<br>fdba MP Construction LLC<br>2745 SW Villa West Dr.<br>Apt. 1101<br>Topeka, KS 66614 | **Kelley Ann Pica**<br>7434 SW Ambassador Pl<br>Apt. 1101<br>Topeka, KS 66610−3005 |
| Case Number / Presiding Judge:<br>**13−40627 / Janice Miller Karlin** | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>**xxx−xx−3726 − Mark Leslie Pica**<br>26−2111186<br>**xxx−xx−1588 − Kelley Ann Pica** |
| Attorney for Debtor(s) (name and address):<br>Gary E. Hinck<br>512 SW 6th Ave Suite 100<br>Topeka, KS 66603−3150<br>Telephone number: (785) 267−7090 | Bankruptcy Trustee (name and address):<br>Jan Hamilton<br>507−9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601−3527<br>Telephone number: (785) 234−1551 |

### Meeting of Creditors

Date: **June 20, 2013**                                   Time: **11:00 AM**
Location: **515 S. Kansas Ave., 4th Floor Suite 402, Topeka, KS 66603**

**All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting.
Non−lawyers SHOULD NOT bring cellular telephones, pagers, two−way radios, personal digital assistants, cameras, or other electronic communication devices to the courthouse.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **9/18/13**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **11/19/13**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/19/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **7/24/13**, Time: **09:00 AM**, Location: **Frank Carlson US Courthouse, 444 SE Quincy Room 210, Topeka, KS 66683**

**Objection to Plan**
A plan is not effective unless approved by the bankruptcy court at a confirmation hearing.
**Objections to the plan shall be filed 10 days before the confirmation hearing.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>240 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683<br>Telephone number: (785) 338−5910 | **For the Court:**<br>Hugh N. Zavadil, Acting<br>Clerk of the Bankruptcy Court |
| Hours Open: 9:00 AM − 4:00 PM Monday − Friday<br>Phone Hours: 9:30 AM − 3:30 PM Monday − Friday | Date: 5/23/13 |

# EXPLANATIONS  B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B 10) can be obtained at the United States Courts web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

### D. Kan. LBR 6007.1 ABANDONMENT OF PROPERTY OF THE ESTATE

When the clerk of the court provides the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines, the Notice must contain a provision that within 60 days from the conclusion of the meeting of creditors held under § 341, the trustee may file notice of intended abandonment of any or all of the debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. Unless a creditor or interested party objects to abandonment within 75 days after the meeting of creditors held under § 341 concludes, the property subject to the intended abandonment will be deemed abandoned without further notice or order of the court.

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                            Case No. 13-40627-JMK
Mark Leslie Pica                                                  Chapter 13
Kelley Ann Pica
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 1083-5          User: tshawna              Page 1 of 3             Date Rcvd: May 23, 2013
                              Form ID: b9i               Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2013.
db           +Mark Leslie Pica,    2745 SW Villa West Dr.,    Apt. 1101,    Topeka, KS 66614-5235
jdb           Kelley Ann Pica,    7434 SW Ambassador Pl,    Apt. 1101,    Topeka, KS  66610-3005
tr            Jan Hamilton,    507-9 SW Jackson,    PO Box 3527,    Topeka, KS  66601-3527
7612273       Bank Of America,    PO Box 982238,    El Paso TX  79998-2238
7612274      +Black Gold Inc,    2404 N E Grantville Rd,    Topeka KS 66608-1723
7612277      +Capital One/Best Buy,    Po Box 30253,    Salt Lake City UT 84130-0253
7612278       Central State Recovery,    1314 N Main St,    Hutchinson KS  67501-4002
7612283       Community Bank,    PO Box 4876,    Topeka KS  66604-0876
7612284       Core First Bank And Trust,    PO Box 5049,    Topeka KS  66605-0049
7612285       Cotton O'Neil Clinic,    PO Box 412875,    Kansas City MO  64141-2875
7612286       Creditors Service Bureau,    3410 SW Van Buren Street Suite 202,    PO Box 5009,
               Topeka KS  66605-0009
7612288       Endoscopy Surgery Center Of Topeka,    PO Box 219932,    Kansas City MO  64121-9932
7612289       Envista Credit Union,    3626 SW Wanamaker Rd,    Topeka KS  66614-4528
7612290      +First National Bank,    PO Box 2557,    Omaha NE 68103-2557
7612291      +Garner Remodeling,    117 SE 25th St,    Topeka KS 66605-1167
7612293      +Gutter Factory,    5243 S W 45th,    Topeka KS 66610-1294
7612295      +HSBC,    Po Box 60502,    City Of Industry CA 91716-0502
7612298     #+Kansas Fencing Inc,    4035 NE Seward Ave,    Topeka KS 66616-9539
7612300       Kansas Medical Clinic PA,    PO Box 219436,    Kansas City MO  64121-9436
7612301      +Larry's Glass Inc,    813 N Kansas Ave,    Topeka KS 66608-1210
7612302      +Mastercard,    C/O HSBC Card Servcies,    PO Box 60501,    City Of Industry CA 91716-0501
7612303      +McCray Lumber And Milwork,    PO Box 410325,    Kansas City KS 64141-0325
7612304      +Midway Wholesale,    PO Box 1246,    Topeka KS 66601-1246
7612305      +Midwest Services Bureau Inc,    PO Box 3888,    Wichita KS 67201-3888
7612306      +Nationwide Recovery Systems LTD,    PO Box 702257,    Dallas TX 75370-2257
7612308      +Office Of United States Attorney,    US Courthouse Suite 290,    444 Southeast Quincy Street,
               Topeka KS 66683-0002
7612310      +PROtrade Credit,    PO Box 17825,    Portland ME 04112-8825
7612309      +Parker & Hays LLP,    400 S Kansas AVe Ste 200,    Topeka KS 66603-3438
7612311       Radiology And Nuclear Medicine,    PO Box 1887,    Topeka KS  66601-1887
7612312      +Riling Burkhead & Nitcher Chtd,    PO Box B,    Lawrence KS 66044-8996
7612313       Shawnee County Solid Waste Department,    PO Box 3566,    Topeka KS  66601-3566
7612314      +Shawnee County Treasurer,    200 SE 7th Street Room 101,    Topeka KS 66603-3959
7612315      +St Francis Health Center,    1700 SW 7th St,    Topeka KS 66606-1690
7612318      +TRUGREEN #5600,    Attn Accts Receivable,    8420 Cole Pky,    Shawnee Mission KS 66227-3129
7612316      +Trade Credit Services,    PO Box 105525,    Atlanta GA 30348-5525
7612319      +Valentine Zimmerman & Zimmerman PA,    909 SE Quincy St,    Topeka KS 66612-1115
7612322      +William E Moore LSCSW PA,    5040 SW 28th St Ste B,    Topeka KS 66614-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: gh@kansasconsumer.com May 24 2013 01:37:38      Gary E. Hinck,
               512 SW 6th Ave Suite 100,    Topeka, KS  66603-3150
ust          +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov May 24 2013 02:34:56      U.S. Trustee,
               Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
7612272      +EDI: BANKAMER.COM May 24 2013 02:18:00      AAA Financial Services,    PO Box 851001,
               Dallas TX 75285-1001
7612275       E-mail/Text: bkcy@balaw.org May 24 2013 04:12:27      Butler  Associates  PA,
               3706 SW Topeka Blvd Ste 300,    Topeka KS  66609-1239
7612276       EDI: CAPITALONE.COM May 24 2013 02:18:00      Capital One Bank,    PO Box 60599,
               City of Industry CA  91716-0599
7612279       EDI: CHASE.COM May 24 2013 02:18:00      Chase,    PO Box 94014,    Palatine IL  60094-4014
7612280       EDI: CITICORP.COM May 24 2013 02:18:00      Citi Cards/Citibank,    PO Box 6241,
               Sioux Falls SD  57117-6241
7612281       EDI: CITICORP.COM May 24 2013 02:18:00      Citibank,    PO Box 6500,    Sioux Falls SD 57117-6500
7612282       E-mail/Text: bankruptcy@commercebank.com May 24 2013 03:48:17      Commerce Bank,    PO Box 419248,
               Kansas City MO  64141-6248
7612287       EDI: HFC.COM May 24 2013 02:18:00      Direct Merchants Bank,    Payment Center,    PO Box 49357,
               San Jose CA  95161-9357
7612292       E-mail/Text: bankruptcy.bnc@gt-cs.com May 24 2013 03:28:37      Green Tree,    PO Box 6172,
               Rapid City SD  57709-6172
7612294      +EDI: RMSC.COM May 24 2013 02:18:00      Home Depot,    2455 Paces Ferry Road,
               Atlanta GA 30339-1834
7612296       EDI: IRS.COM May 24 2013 02:18:00      Internal Revenue Service,    271 W 3rd Street N Suite 3000,
               Stop 5333 Wic,    Wichita KS  67202-1212
7612297       EDI: IRS.COM May 24 2013 02:18:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia PA  19101-7346
7612299      +E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US May 24 2013 03:10:51      Kansas Income Tax,
               Kansas Department Of Revenue,    PO Box 12005,    Topeka KS 66601-3005
7612307       E-mail/Text: demand@nfm.com May 24 2013 03:42:49      Nebraska Furniture Mart,    PO Box 2335,
               Omaha NE  68103-2335
7612320       EDI: WFFC.COM May 24 2013 02:18:00      Wells Fargo,    PO Box 10475,    Des Moines IA  50306-0475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
7612321         E-mail/Text: bkcompliance@westarenergy.com May 24 2013 03:34:59      Westar Energy,
                PO Box 758500,   Topeka KS  66675-8500
                                                                                           TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7612317      ##Transworld Systems Inc,   4560 South Blvd Ste 100,   Virginia Beach VA  23452-1160
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2013**                          **Signature:**        _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2013 at the address(es) listed below:

          Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com, jy@kansasconsumer.com;notice@kansasconsumer.com

          Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com, jy@kansasconsumer.com;notice@kansasconsumer.com

          Jan Hamilton    bdms@topeka13trustee.com

          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

          TOTAL: 4