**Form odebtwage**  (Revised 10/20/2005)

United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 13–40627                Chapter: 13

In re: (Name of Debtor)

Mark Leslie Pica
fdba    MP Construction LLC
2745 SW Villa West Dr.
Apt. 1101
Topeka, KS 66614

Kelley Ann Pica
7434 SW Ambassador Pl
Apt. 1101
Topeka, KS 66610–3005

SSN: xxx–xx–3726 EIN: 26–2111186

SSN: xxx–xx–1588

| Entered By The Court 5/23/13 | **ORDER TO DEBTOR(S) TO PAY TO THE TRUSTEE** | **Filed By The Court** 5/23/13 Hugh N. Zavadil, Acting Clerk of Court US Bankruptcy Court |

The Debtor(s) have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

The Debtor(s)' are hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$495.00 monthly

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**Jan Hamilton
Chapter 13 Trustee
PO Box 2159
Topeka, KS 66601–2159
(785) 234–1551**

IT IS FURTHER ORDERED that said Debtor(s) notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 9

s/ Janice Miller Karlin
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                               District of Kansas
In re:                                                     Case No. 13-40627-JMK
Mark Leslie Pica                                           Chapter 13
Kelley Ann Pica
         Debtors                 CERTIFICATE OF NOTICE
District/off: 1083-5         User: tshawna         Page 1 of 2         Date Rcvd: May 23, 2013
                             Form ID: dorpay       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2013.
  db        +Mark Leslie Pica,   2745 SW Villa West Dr.,   Apt. 1101,   Topeka, KS 66614-5235
  jdb        Kelley Ann Pica,    7434 SW Ambassador Pl,    Apt. 1101,   Topeka, KS 66610-3005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2013**             **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 1083-5            User: tshawna              Page 2 of 2              Date Rcvd: May 23, 2013
                                Form ID: dorpay            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2013 at the address(es) listed below:

```
              Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com
              Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com
              Jan  Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                              TOTAL: 4
```