**Form ntcfinmgt**  (Revised 03/06/2013)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number:  13–40627                                  Chapter:  13

In re: (Name of Debtor)

Mark Leslie Pica
fdba     MP Construction LLC                             Kelley Ann Pica
2745 SW Villa West Dr.                                   7434 SW Ambassador Pl
Apt. 1101                                                Apt. 1101
Topeka, KS 66614                                         Topeka, KS 66610–3005

EIN: 26–2111186

| **Entered By The Court**<br>**5/23/13** | **NOTICE OF REQUIREMENT TO FILE A**<br>**STATEMENT OF COMPLETION OF COURSE IN**<br>**PERSONAL FINANCIAL MANAGEMENT**<br>**(Official Form 23)** | **Filed By The Court**<br>**5/23/13**<br>**Hugh N. Zavadil, Acting**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
| --- | --- | --- |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or Chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 10 – 3

s/   Hugh N. Zavadil, Acting
Clerk, United States Bankruptcy Court

In re:                                                          Case No. 13-40627-JMK
Mark Leslie Pica                                                Chapter 13
Kelley Ann Pica
       Debtors

## CERTIFICATE OF NOTICE

District/off: 1083-5       User: tshawna       Page 1 of 2       Date Rcvd: May 23, 2013
                    Form ID: ksnfinmg       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2013.
db        +Mark Leslie Pica,   2745 SW Villa West Dr.,   Apt. 1101,   Topeka, KS 66614-5235
jdb       Kelley Ann Pica,   7434 SW Ambassador Pl,   Apt. 1101,   Topeka, KS  66610-3005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2013**                **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2013 at the address(es) listed below:
          Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
           jy@kansasconsumer.com;notice@kansasconsumer.com
          Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
           jy@kansasconsumer.com;notice@kansasconsumer.com
          Jan  Hamilton    bdms@topeka13trustee.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

                              TOTAL: 4