Form opfip  (Revised 11/04/2011)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 13–40627                                        Chapter: 13

In re:

Mark Leslie Pica
fdba    MP Construction LLC
2745 SW Villa West Dr.
Apt. 1101
Topeka, KS 66614

Kelley Ann Pica
7434 SW Ambassador Pl
Apt. 1101
Topeka, KS 66610–3005

SSN: xxx–xx–1588

SSN: xxx–xx–3726 EIN: 26–2111186

| Entered By The Court 5/23/13 | ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS THROUGH THE PLAN | Filed By The Court 5/23/13 Hugh N. Zavadil, Acting Clerk of Court US Bankruptcy Court |

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court:

IT IS ORDERED that the debtor(s) pay the filing fee and/or administrative fee according to the following terms:

> Total fees due for a Chapter 13 case are $281.00 and payments must comply with Fed. R. Bankr. P. 1006.
>
> Debtor(s) propose(s) that any unpaid portion of the filing fee shall be paid through the Chapter 13 Plan, and shall be payable to the Chapter 13 Trustee.
>
> **Please DO NOT pay filing fees directly (electronically, or to Clerk, United States Bankruptcy Court) if you are paying them through the PLAN (payments directly to the Case Trustee).**

IT IS FURTHER ORDERED that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Document 8 – 2

s/  Hugh N. Zavadil, Acting
Clerk, United States Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of Kansas
In re:                                                     Case No. 13-40627-JMK
Mark Leslie Pica                                           Chapter 13
Kelley Ann Pica
         Debtors               CERTIFICATE OF NOTICE
District/off: 1083-5      User: tshawna              Page 1 of 2          Date Rcvd: May 23, 2013
                          Form ID: oinstpl           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2013.
db           +Mark Leslie Pica,    2745 SW Villa West Dr.,    Apt. 1101,   Topeka, KS 66614-5235
jdb           Kelley Ann Pica,    7434 SW Ambassador Pl,    Apt. 1101,   Topeka, KS  66610-3005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 1083-5           User: tshawna              Page 2 of 2                Date Rcvd: May 23, 2013
                               Form ID: oinstpl           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2013 at the address(es) listed below:

```
              Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com
              Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com
              Jan   Hamilton    bdms@topeka13trustee.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                            TOTAL: 4
```