UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
Topeka Division

In Re

**Mark Leslie Pica, fdba MP Construction LLC and Kelley Ann Pica**,

    Debtors.

**Wells Fargo Bank, N.A.**,
its successors and assigns,

    Movant.

Case No: **13-40627**

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
ksbk@km-law.com

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Jonathon B. Burford, of Kozeny & McCubbin, L.C., Attorneys at Law, and hereby enters his appearance on behalf of the Movant, Wells Fargo Bank, N.A., in the above styled cause of action and requests notice of all filings.

Respectfully submitted,

__/s/ Jonathon B. Burford_____
Jonathon B. Burford, #78184
Jeffrey Spector, #78307
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
ksbk@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was filed electronically and/or mailed by U.S. First Class Mail on **May 30, 2013**, to:



Kelley Pica
Debtor
7434 SW Ambassador Pl
Topeka, KS 66610

Mark Pica
Debtor
2745 SW Villa West Dr
Apt 1101
Topeka, KS 66614

Gary E. Hinck
Attorney for Debtors
511 SW Jackson
Topeka, KS 66603

Jan Hamilton
Trustee
507-9 SW Jackson
PO Box 3527
Topeka, KS 66601

Office of the United States Trustee
U.S. Trustee
301 N. Main
Suite 1150
Wichita, KS 67202

/s/ Felicia Crawford-Randle
Felicia Crawford-Randle

