IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS (TOPEKA)

In re: )
)
**MARK LESLIE PICA** and )
**KELLEY ANN PICA** ) No. 13-40627
) Chapter 13
Debtors. )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Susan P. DeCoursey of Cohen McNeile & Pappas P.C., and hereby enters her appearance on behalf of McCray Lumber Company, a creditor of the above-captioned debtor. Pursuant to the Bankruptcy Rules all pleadings, motions, notices, orders and documents filed in this case as required or requested to be served on McCray Lumber Company, should be served upon its counsel at the below address.

Submitted by,

COHEN McNEILE & PAPPAS, P.C.

 /s/ Susan P. DeCoursey
Susan P. DeCoursey      KS 16272
4601 College Blvd., Suite 200
Leawood, KS 66211
(913) 491-4050   Facsimile (913) 491-3059
sdecoursey@cmplaw.net
ATTORNEYS FOR CREDITOR
MCCRAY LUMBER COMPANY

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on this 20th day of June, 2013, to all parties receiving electronic notification.

 /s/Susan P. DeCoursey