Certificate Number: 05781-KS-DE-021218910

Bankruptcy Case Number: 13-40627


05781-KS-DE-021218910

# **C**ERTIFICATE **O**F **D**EBTOR **E**DUCATION

I CERTIFY that on June 18, 2013, at 7:00 o'clock AM PDT, Mark Pica completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Kansas.

Date: June 18, 2013     By: /s/Allison M Geving

Name: Allison M Geving

Title: President