Jan Hamilton #08163
Chapter 13 Trustee
PO Box 3527
Topeka, Kansas 66601-3527
(785) 234-1551

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARK LESLIE PICA ) | Case No 13-40627-13 |
| KELLEY ANN PICA ) | |
| ) | |
| Debtors. ) | |
| ) | |

## RESIGNATION OF TRUSTEE

COMES NOW, Jan Hamilton, Chapter 13 Trustee, and resigns from the above-referenced case due to a conflict of interest.

Respectfully submitted,

s/Jan Hamilton
JAN HAMILTON #08163
TERESA L. RHODD #21586
CHAPTER 13 TRUSTEE
PO BOX 3527
TOPEKA, KANSAS 66601-3527
(785) 234-1551
(785) 234-0537 Fax
jan.hamilton@topeka13trustee.com
teresa.rhodd@topeka13trustee.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Resignation of Trustee was served, either electronically, or deposited in the United States Mail, first-class postage prepaid on June 27, 2013, to all creditors and parties in interest as listed on the Court's matrix and to the following:

Gary E. Hinck, PA  
Attorney for Debtors  
512 SW 6th Ave Ste 100  
Topeka, KS 66603-3150

Mark Pica  
2745 SW Villa West Dr Apt 1101  
Topeka, KS 66614

Office of the US Trustee  
301 N. Main, Suite 1150  
Wichita, KS 67202

Kelley Pica  
7434 SW Ambassador Pl  
Topeka, KS 66610-3005

Respectfully submitted,

s/Jan Hamilton  
JAN HAMILTON #08163  
TERESA L. RHODD #21586  
CHAPTER 13 TRUSTEE  
PO BOX 3527  
TOPEKA, KANSAS 66601-3527  
(785) 234-1551  
(785) 234-0537 Fax  
jan.hamilton@topeka13trustee.com  
teresa.rhodd@topeka13trustee.com

Label Matrix for local noticing
1083-5
Case 13-40627
District of Kansas
Topeka
Thu Jun 27 13:57:41 CDT 2013

AAA Financial Services
PO Box 851001
Dallas TX 75285-1001

McCray Lumber Company
c/o Cohen McNeile & Pappas, P.C.
4601 College Blvd.
Suite 200
Leawood, KS 66211-1650

Aargon Agency As Agent For Jackson Memorial
Jackson Memorial  Ar Assist Jer 1
8668 Spring Mountain Rd
Las Vegas, NV  89117-4113

Topeka Divisional Office
240 US Courthouse
444 SE Quincy
Topeka, KS 66683-3592

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Black Gold Inc
2404 N E Grantville Rd
Topeka KS 66608-1723

BlueTarp Financial Inc
PO Box 17825
Portland ME 04112-8825

BlueTarp Financial Inc.
PAYMENT ADDRESS
PO Box 105525
Atlanta GA 30348-5525

Butler Associates  PA
3706 SW Topeka Blvd Ste 300
Topeka KS  66609-1239

Capital One Bank
PO Box 60599
City of Industry CA  91716-0599

Capital One/Best Buy
Po Box 30253
Salt Lake City UT 84130-0253

Central State Recovery
1314 N Main St
Hutchinson KS  67501-4002

Chase
PO Box 94014
Palatine IL  60094-4014

Citi Cards/Citibank
PO Box 6241
Sioux Falls SD  57117-6241

Citibank
PO Box 6500
Sioux Falls SD  57117-6500

Commerce Bank
P O BOX 419248
KCREC-10
Kansas City, MO 64141-6248

Commerce Bank
PO Box 419248
Kansas City MO  64141-6248

Community Bank
PO Box 4876
Topeka KS  66604-0876

Core First Bank And Trust
PO Box 5049
Topeka KS  66605-0049

Cotton O'Neil Clinic
PO Box 412875
Kansas City MO  64141-2875

Creditors Service Bureau
3410 SW Van Buren Street Suite 202
PO Box 5009
Topeka KS  66605-0009

Direct Merchants Bank
Payment Center
PO Box 49357
San Jose CA  95161-9357

Endoscopy Surgery Center Of Topeka
PO Box 219932
Kansas City MO  64121-9932

Envista Credit Union
3626 SW Wanamaker Rd
Topeka KS  66614-4528

FIA CARD SERVICES, N.A.
P O Box 982284
El Paso, TX 79998-2284

FIA Card Services NA
PAYMENT ADDRESS
PO Box 15102
Wilmington DE 19886-5102

First National Bank
PO Box 2557
Omaha NE 68103-2557

First National Bank of Omaha
1620 Dodge Street Stop Code 3105
Omaha Ne 68197-0002

Garner Remodeling
117 SE 25th St
Topeka KS 66605-1167

| | | |
|---|---|---|
| Green Tree<br>PO Box 6172<br>Rapid City SD 57709-6172 | Gutter Factory<br>5243 S W 45th<br>Topeka KS 66610-1294 | HSBC<br>Po Box 60502<br>City Of Industry CA 91716-0502 |
| Home Depot<br>2455 Paces Ferry Road<br>Atlanta GA 30339-1834 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Kansas Fencing Inc<br>4035 NE Seward Ave<br>Topeka KS 66616-9539 | Kansas Fencing Inc.<br>PAYMENT ADDRESS<br>620 NW Gordon<br>Topeka, KS 66608-1512 | Kansas Fencing, Inc.<br>Timothy A. Shultz<br>Parker & Hay, LLP<br>400 S. Kansas Ave., Ste 200<br>Topeka KS 66603-3438 |
| Kansas Income Tax<br>Kansas Department Of Revenue<br>PO Box 12005<br>Topeka KS 66601-3005 | Kansas Medical Clinic PA<br>PO Box 219436<br>Kansas City MO 64121-9436 | Larry's Glass Inc<br>813 N Kansas Ave<br>Topeka KS 66608-1210 |
| Mastercard<br>C/O HSBC Card Servcies<br>PO Box 60501<br>City Of Industry CA 91716-0501 | McCray Lumber And Milwork<br>PO Box 410325<br>Kansas City KS 64141-0325 | Midway Sales & Distributing, Inc.<br>Attn: Stephen P Weir, Attorney at Law<br>2900 SW Wanamaker Dr., Ste. 202<br>Topeka, KS 66614-4188 |
| Midway Wholesale<br>PO Box 1246<br>Topeka KS 66601-1246 | Midwest Services Bureau Inc<br>PO Box 3888<br>Wichita KS 67201-3888 | Nationwide Recovery Systems LTD<br>PO Box 702257<br>Dallas TX 75370-2257 |
| Nebraska Furniture Mart<br>PO Box 2335<br>Omaha NE 68103-2335 | Nebraska Furniture Mart<br>PO Box 3000<br>Omaha, NE 68103-3030 | Office Of United States Attorney<br>US Courthouse Suite 290<br>444 Southeast Quincy Street<br>Topeka KS 66683-0002 |
| PROtrade Credit<br>PO Box 17825<br>Portland ME 04112-8825 | Parker & Hays LLP<br>400 S Kansas AVe Ste 200<br>Topeka KS 66603-3438 | Radiology And Nuclear Medicine<br>PO Box 1887<br>Topeka KS 66601-1887 |
| Riling Burkhead & Nitcher Chtd<br>PO Box B<br>Lawrence KS 66044-8996 | Shawnee County Solid Waste Department<br>PO Box 3566<br>Topeka KS 66601-3566 | Shawnee County Treasurer<br>200 SE 7th Street Room 101<br>Topeka KS 66603-3959 |
| St Francis Health Center<br>1700 SW 7th St<br>Topeka KS 66606-1690 | TRUGREEN #5600<br>Attn Accts Receivable<br>8420 Cole Pky<br>Shawnee Mission KS 66227-3129 | Trade Credit Services<br>PO Box 105525<br>Atlanta GA 30348-5525 |

| | | |
|---|---|---|
| Transworld Systems Inc<br>4560 South Blvd Ste 100<br>Virginia Beach VA 23452-1160 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Valentine Zimmerman & Zimmerman PA<br>909 SE Quincy St<br>Topeka KS 66612-1115 |
| Wells Fargo<br>PO Box 10475<br>Des Moines IA 50306-0475 | Westar Energy<br>PO Box 758500<br>Topeka KS 66675-8500 | William E Moore LSCSW PA<br>5040 SW 28th St Ste B<br>Topeka KS 66614-2302 |
| Gary E. Hinck<br>Gary E. Hinck, P.A.<br>512 SW 6th Ave Suite 100<br>Topeka, KS 66603-3150 | Jan Hamilton<br>507-9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601-3527 | Kelley Ann Pica<br>7434 SW Ambassador Pl<br>Apt. 1101<br>Topeka, KS 66610-3005 |
| Mark Leslie Pica<br>2745 SW Villa West Dr.<br>Apt. 1101<br>Topeka, KS 66614-5235 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
PO Box 982238
El Paso TX 79998-2238

Internal Revenue Service
271 W 3rd Street N Suite 3000
Stop 5333 Wic
Wichita KS 67202-1212

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wells Fargo Bank, N.A. | (d)McCray Lumber Company<br>c/o Cohen McNeile & Pappas, P.C.<br>4601 College Blvd., Suite 200<br>Leawood, KS 66211-1650 | End of Label Matrix<br>Mailable recipients 69<br>Bypassed recipients 2<br>Total 71 |