UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:                                              Case No.

Mark Leslie Pica                                    13-40627
Kelley Ann Pica

     Debtor(s)

---

NOTICE OF APPOINTMENT

---

William H. Griffin,, a Standing Trustee in the State of Kansas, you are hereby appointed the Standing Trustee for the estate(s) of the above named debtor(s).

RICHARD A WIELAND
United States Trustee
1150 Epic Center, 301 N Main
Wichita, KS   67202
316-269-6637

July 2, 2013                              By:    /s/ Richard A Wieland