**SO ORDERED.**

**SIGNED this 10th day of July, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
    Mark Leslie Pica

              Debtor               Case No: 13-40627-13

**ORDER TO DEBTOR TO PAY THE TRUSTEE**

    **WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

    **IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

                $495.00 Monthly

  BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS
  ORDER TO:

              W.H. GRIFFIN, TRUSTEE
                  PO BOX 613106
                MEMPHIS TN 38101

                      ###

Prepared and Approved By:

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com