**SO ORDERED.**

**SIGNED this 10th day of July, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:
    Mark Leslie Pica

        Debtor                          Case No: 13-40627-13

### ORDER TO DEBTOR TO PAY THE TRUSTEE

   **WHEREAS,** the Debtor herein has submitted a Plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the Plan;

   **IT IS ORDERED** that the above-named Debtor is hereby ordered and directed, until further order of this Court, to pay the sum of:

                            **$495.00 Monthly**

 **BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS
 ORDER TO:**
                        W.H. GRIFFIN, TRUSTEE
                           PO BOX 613106
                          MEMPHIS TN 38101

                               ###

Prepared and Approved By:

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS 66202-4286
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                      Case No. 13-40627-JMK
Mark Leslie Pica                                            Chapter 13
Kelley Ann Pica
        Debtors                 CERTIFICATE OF NOTICE
District/off: 1083-5          User: tshawna            Page 1 of 2           Date Rcvd: Jul 10, 2013
                              Form ID: pdf020          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2013.
db        +Mark Leslie Pica,   2745 SW Villa West Dr.,   Apt. 1101,   Topeka, KS 66614-5235
jdb        Kelley Ann Pica,   7434 SW Ambassador Pl,   Apt. 1101,   Topeka, KS  66610-3005
tr         Jan Hamilton,   507-9 SW Jackson,   PO Box 3527,   Topeka, KS  66601-3527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       Jan Hamilton,   507-9 SW Jackson,   PO Box 3527,   Topeka, KS  66601-3527
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 1083-5          User: tshawna              Page 2 of 2                Date Rcvd: Jul 10, 2013
                              Form ID: pdf020            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2013 at the address(es) listed below:
          Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
           jy@kansasconsumer.com;notice@kansasconsumer.com
          Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
           jy@kansasconsumer.com;notice@kansasconsumer.com
          Jonathon  Burford    on behalf of Creditor   Wells Fargo Bank, N.A. ksbk@km-law.com
          Susan P DeCoursey    on behalf of Creditor   McCray Lumber Company sdecoursey@cmplaw.net,
           gpappas@cmplaw.net;jdavis@cmplaw.net
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                                           TOTAL: 6