61

U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/21/2013
Hon. Janice Miller Karlin, Presiding

01:30 PM

Case Information:
    13-40627 Mark Leslie Pica and Kelley Ann Pica   Chapter: 13

Judge: JMK    Filed: 05/22/2013     Pln Confirmed:

Appearances:
    Gary E. Hinck   representing  Mark Leslie Pica  (Debtor)
    Gary E. Hinck   representing  Kelley Ann Pica  (Joint Debtor)
    William H Griffin  (Trustee)

Issue(s):
    [3]  Chapter 13 Plan  Filed by Joint Debtor Kelley Ann Pica, Debtor Mark Leslie Pica.

Notes/Decision:

**Plan Confirmed.**

Courtroom Deputy: Joyce Ridgeway
ECRO Reporter: Shawna Belcher