IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Mark Leslie Pica
Kelley Ann Pica
      Debtors,       Case No: 13-40627-13

## TRUSTEE'S OBJECTION TO CLAIM NO. 11
## OF KANSAS FENCING, INC

**COMES NOW**, W.H. Griffin, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court said claim be treated as follows:

Allowed as described herein for the following reason:

CLAIM WAS FILED AS SECURED, BUT WILL BE ALLOWED AS UNSECURED ONLY, DUE TO THE FACT THE PROPERTY AT 4435 SE STONECREEK RD, TOPEKA, KANSAS HAS BEEN SURRENDERED BY THE DEBTORS. CREDITOR IS ALLOWED IS ALLOWED AS UNSECURED ONLY.

As a UNSECURED claim in the amount of $2,889.56 Principal and $0.00 Interest.

**WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: September 27, 2013      /s/ W.H. Griffin
                                                W.H. Griffin #8060
                                                6330 LAMAR
                                                SUITE 110
                                                OVERLAND PARK, KS 66202-4286
                                                (913)677-1311
                                                (913)432-7857(Fax)

## NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within thirty (30) days of the date of this notice, September 27, 2013 with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtors' counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court at 444 SE Quincy, Room 210, Topeka, KS 66683 on November 05, 2013 at 9:00 AM. If no response is filed on or before October 27, 2013, an exparte order will be entered. For information about electronic filing go to www.ksb.uscourts.gov.

/s/ W.H. Griffin
W.H. Griffin #8060

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors, Debtors' attorney, and the Creditor will be served either electronically or via U.S. Mail.

/s/ W.H. Griffin
W.H. Griffin #8060

Mark Leslie Pica
2745 SW Villa West Dr.
Apt. 1101
Topeka, KS 66614

Kelley Ann Pica
7434 SW Ambassador Pl
Topeka, KS 66610-3005

KANSAS FENCING, INC
620 NW GORDON
TOPEKA, KS 66608