**SO ORDERED.**

**SIGNED this 5th day of November, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    Mark Leslie Pica
    Kelley Ann Pica

        Debtors,        Case No: 13-40627-13

**ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
TO CLAIM NO. 11 OF KANSAS FENCING, INC**

    **THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 11 of KANSAS FENCING, INC. After reviewing the file and hearing recommendations of the Trustee, and there having been no response to the Notice with Opportunity, the Court finds the claim of KANSAS FENCING, INC should be, and hereby is, treated as follows:
    Allowed as described herein for the following reason:

CLAIM WAS FILED AS SECURED, BUT WILL BE ALLOWED AS UNSECURED ONLY, DUE TO THE FACT THE PROPERTY AT 4435 SE STONECREEK RD, TOPEKA, KANSAS HAS BEEN SURRENDERED BY THE DEBTORS.
CREDITOR IS ALLOWED IS ALLOWED AS UNSECURED ONLY.

    As a UNSECURED claim in the amount of $2889.56 Principal and $0.00 Interest.

###

Prepared and Approved by:

/s/ W.H. Griffin

W.H. Griffin #8060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS  66202-4286
(913)677-1311
(913)432-7857(Fax)