**SO ORDERED.**

**SIGNED this 5th day of November, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    Mark Leslie Pica
    Kelley Ann Pica

          Debtors,              Case No: 13-40627-13

**ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
TO CLAIM NO. 11 OF KANSAS FENCING, INC**

    **THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 11 of KANSAS FENCING, INC. After reviewing the file and hearing recommendations of the Trustee, and there having been no response to the Notice with Opportunity, the Court finds the claim of KANSAS FENCING, INC should be, and hereby is, treated as follows:

    Allowed as described herein for the following reason:

CLAIM WAS FILED AS SECURED, BUT WILL BE ALLOWED AS UNSECURED ONLY, DUE TO THE FACT THE PROPERTY AT 4435 SE STONECREEK RD, TOPEKA, KANSAS HAS BEEN SURRENDERED BY THE DEBTORS. CREDITOR IS ALLOWED IS ALLOWED AS UNSECURED ONLY.


    As a UNSECURED claim in the amount of $2889.56 Principal and $0.00 Interest.

                                           ###

Prepared and Approved by:

/s/ W.H. Griffin
---
W.H. Griffin #8060
6330 LAMAR
SUITE 110
OVERLAND PARK, KS  66202-4286
(913)677-1311
(913)432-7857(Fax)

```
                           United States Bankruptcy Court
                                 District of Kansas
In re:                                                       Case No. 13-40627-JMK
Mark Leslie Pica                                             Chapter 13
Kelley Ann Pica
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 1083-5          User: tshawna              Page 1 of 1          Date Rcvd: Nov 05, 2013
                              Form ID: pdf020            Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2013.
db         +Mark Leslie Pica,   2745 SW Villa West Dr.,   Apt. 1101,   Topeka, KS 66614-5235
jdb         Kelley Ann Pica,   7434 SW Ambassador Pl,   Apt. 1101,   Topeka, KS  66610-3005
tr          Jan Hamilton,   507-9 SW Jackson,   PO Box 3527,   Topeka, KS  66601-3527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Jan Hamilton,   507-9 SW Jackson,   PO Box 3527,   Topeka, KS  66601-3527
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2013 at the address(es) listed below:
         Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
          jy@kansasconsumer.com;notice@kansasconsumer.com
         Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
          jy@kansasconsumer.com;notice@kansasconsumer.com
         Jonathon Burford    on behalf of Creditor   Wells Fargo Bank, N.A. ksbk@km-law.com
         Susan P DeCoursey    on behalf of Creditor   McCray Lumber Company sdecoursey@cmplaw.net,
          gpappas@cmplaw.net;jdavis@cmplaw.net
         U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
         William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 6
```