Gary E. Hinck, P.A.
512 SW 6th Ave., Ste. 100
Topeka, KS  66603-3150
gh@kansasconsumer.com
(785) 267-7090

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re:  Mark Leslie Pica                                              Case No.  13-40627-13
       and
       Kelley Ann Pica
           Debtors

**DEBTORS' OBJECTION TO CLAIM NO. 8 FILED BY SHAWNEE COUNTY, KANSAS TREASURER**

COMES NOW, the Debtors, in the above entitled matter and objects to the Claim filed herein by the creditor, Shawnee County Treasurer, for the following reason, to wit:

1. Debtors have surrendered the properties to the secured creditors and are no longer in possession of the collateral.

WHEREFORE, debtors respectfully request the Court to enter an order disallowing the claim as filed and instead allowing as a general unsecured claim.

GARY E. HINCK, P.A.

s/ Gary E. Hinck
Gary E. Hinck, #18270
512 SW 6th Ave., Ste. 100
Topeka, KS  66603-3150
gh@kansasconsumer.com
(785) 267-7090

In the United States Bankruptcy Court for the District of Kansas
In re: Mark Leslie Pica and Kelley Ann Pica
Case No.   13-40627   Chapter 13
Debtors' Objection to Claim No. 8, Filed By Shawnee County. With Notice of Objection Deadline
Page 2

### CERTIFICATE OF SERVICE

The undersigned, Gary E. Hinck, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be electronically filed or deposited in the United States mail, postage prepaid, addressed to the following:

Shawnee County Treasurer
200 SE 7th Street Room 101
Topeka, KS 66603
    Creditor

W.H. Griffin
Standing Trustee
6330 Lamar
Suite 110
Overland Park, KS 66202-4286
    Trustee

on this, the 27th day of February, 2014.

                                          s/ Gary E. Hinck
                                          Gary E. Hinck, #18270
                                          gh@kansasconsumer.com

In the United States Bankruptcy Court for the District of Kansas
In re: Mark Leslie Pica and Kelley Ann Pica
Case No.   13-40627   Chapter 13
Debtors' Objection to Claim No. 8, Filed By Shawnee County. With Notice of Objection Deadline
Page 3

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF KANSAS**

In Re:  Mark Leslie Pica                                                                    Case No.  13-40627-13
       and
       Kelley Ann Pica
            Debtors

**NOTICE OF OBJECTION DEADLINE ON DEBTORS'
OBJECTION TO CLAIM NO. 8 FILED BY SHAWNEE COUNTY TREASURER**

    YOU ARE HEREBY notified that if no objection to the attached Motion/Application is filed in writing with the Clerk of the Bankruptcy Court by:

**March 31st , 2014**

said motion will be granted by entry of an order to be prepared and submitted by counsel for movant/applicant.

    If a written objection is timely filed with the Clerk of the Bankruptcy Court at 240 Federal Building, 444 SE Quincy, Topeka, Kansas, a non-evidentiary hearing will be scheduled on:

**April 22ND, 2014 at 1:30 pm**
210 Federal Building
444 SE Quincy
Topeka, Kansas  66683

    A hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

Dated: February 27, 2014                                By: s/ Gary E. Hinck
                                                                       Gary E. Hinck, #18270
                                                                       gh@kansasconsumer.com
                                                                       Gary E. Hinck, P.A.
                                                                       512 SW 6th Ave., Ste. 100
                                                                       Topeka, KS  66603-3150

In the United States Bankruptcy Court for the District of Kansas
In re: Mark Leslie Pica and Kelley Ann Pica
Case No.   13-40627   Chapter 13
Debtors' Objection to Claim No. 8, Filed By Shawnee County. With Notice of Objection Deadline
Page 4

(785) 267-7090

## CERTIFICATE OF SERVICE

The undersigned, Gary E. Hinck, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be electronically filed or deposited in the United States mail, postage prepaid, addressed to the following:

Shawnee County Treasurer
200 SE 7th Street Room 101
Topeka, KS 66603
    Creditor

W.H. Griffin
Standing Trustee
6330 Lamar
Suite 110
Overland Park, KS 66202-4286
    Trustee

on this, the 27th day of February, 2014.

s/ Gary E. Hinck
Gary E. Hinck, #18270
gh@kansasconsumer.com