**SO ORDERED.**

**SIGNED this 17th day of April, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In Re:  Mark Leslie Pica                              Case No.  13-40627-13
        and
        Kelley Ann Pica
                Debtors

### ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 8 FILED BY SHAWNEE COUNTY, KANSAS TREASURER

THIS MATTER comes before the Court on the Debtors' Objection to Claim 8 filed by the Shawnee County Treasurer.

WHEREUPON, the Court finds that the Motion was properly served and there has been no objection to same or that any objections have been resolved.  The Debtors' Objection to Claim 8 should be, and is hereby, sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Claim 8 is disallowed as filed and shall be allowed as a general unsecured claim.

###

Prepared and Approved by:

GARY E. HINCK, P.A.

By: s/ Gary E. Hinck
Gary E. Hinck, #18270
512 SW 6th Ave., Ste. 100
Topeka, KS 66603
(785) 267-7090
Attorney for Debtor(s)

Approved by:

By: s/ W.H. Griffin
W.H. Griffin
Standing Trustee
5115 Roe Blvd Ste 200,
Roeland Park KS 66205-2393.
     Trustee