**SO ORDERED.**

**SIGNED this 17th day of April, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:  Mark Leslie Pica
 and
 Kelley Ann Pica
  Debtors

Case No.  13-40627-13

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 8 FILED BY SHAWNEE COUNTY, KANSAS TREASURER**

THIS MATTER comes before the Court on the Debtors' Objection to Claim 8 filed by the Shawnee County Treasurer.

WHEREUPON, the Court finds that the Motion was properly served and there has been no objection to same or that any objections have been resolved.  The Debtors' Objection to Claim 8 should be, and is hereby, sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Claim 8 is disallowed as filed and shall be allowed as a general unsecured claim.

###

Prepared and Approved by:



GARY E. HINCK, P.A.


By: s/ Gary E. Hinck
Gary E. Hinck, #18270
512 SW 6th Ave., Ste. 100
Topeka, KS 66603
(785) 267-7090
Attorney for Debtor(s)

Approved by:

By: s/ W.H. Griffin
W.H. Griffin
Standing Trustee
5115 Roe Blvd Ste 200,
Roeland Park KS 66205-2393.
      Trustee

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                         Case No. 13-40627-JMK
Mark Leslie Pica                                               Chapter 13
Kelley Ann Pica
        Debtors                       CERTIFICATE OF NOTICE
District/off: 1083-5          User: tshawna                 Page 1 of 1              Date Rcvd: Apr 17, 2014
                              Form ID: pdf020               Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2014.
db           +Mark Leslie Pica,    3431 SW Urish Road,    Topeka, KS 66614-4600
jdb           Kelley Ann Pica,    7434 SW Ambassador Pl,    Apt. 1101,    Topeka, KS  66610-3005
tr            Jan Hamilton,    507-9 SW Jackson,    PO Box 3527,    Topeka, KS  66601-3527
             +Shawnee County Treasurer,    200 SE 7th Room 101,    Topeka, KS 66603-3959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Jan Hamilton,    507-9 SW Jackson,    PO Box 3527,    Topeka, KS  66601-3527
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2014                         Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2014 at the address(es) listed below:
              Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com
              Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com
              Jonathon  Burford    on behalf of Creditor   Wells Fargo Bank, N.A. ksbk@km-law.com
              Susan P DeCoursey    on behalf of Creditor   McCray Lumber Company sdecoursey@cmplaw.net,
               gpappas@cmplaw.net;jdavis@cmplaw.net
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 6