# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE KANSAS

IN RE:

    Mark Leslie Pica
    Kelley Ann Pica

        Debtors,        Case No: 13-40627-13

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

    NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.§502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtor's attorney will be paid $3,300.00 through the Plan.

    Disbursements of Plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before May 31, 2014, the claims will be paid as allowed and classified on the following list without further notice.

        s/W.H. Griffin, Chapter 13 Trustee
        W.H. Griffin #8060
        5115 ROE BLVD
        SUITE 200
        ROELAND PARK, KS 66205-2393
        (913)677-1311
        (913)432-7857(Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

        s/W.H. Griffin, Chapter 13 Trustee
        W.H. Griffin, Chapter 13 Trustee

| | |
|---|---|
| Mark Leslie Pica | Kelley Ann Pica |
| 3431 SW URISH RD | 7434 SW Ambassador Pl |
| Topeka, KS 66614 | Topeka, KS 66610-3005 |

# LISTING OF ALLOWED CLAIMS

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1 | AARGON AGENCY<br>AGENT FOR JACKSON MEMORIAL<br>AR ASSIST JER 1<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS, NV 89117-4113<br>Classified as: UNSECURED | $249.13<br><br>Monthly Payment: $0.00<br><br>JACKSON MEMORIAL (not scheduled) | 0.00 | TBD |
| 2 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: PRIORITY | $987.60<br><br>Monthly Payment: $0.00<br><br>2011/12 INCOME TAXES | 0.00 | 100.00 |
| 3 | COMMERCE BANK NA<br>PO BOX 419248 KCREC-10<br>KANSAS CITY, MO 64179-0010<br>Classified as: UNSECURED | $3,281.00<br><br>Monthly Payment: $0.00<br><br>COMMERCE BANK | 0.00 | TBD |
| 4 | NEBRASKA FURNITURE MART INC<br>PO BOX 3000<br>OMAHA, NE 68103<br>Classified as: OTHER SECURED | $458.77<br><br>Monthly Payment: $15.00<br><br>HOUSEHOLD GOODS | 4.75 | 100.00 |
| 5 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br>Classified as: PRIORITY | $19,519.26<br><br>Monthly Payment: $0.00<br><br>2009-12 INCOME TAXES/AMEND | 0.00 | 100.00 |
| 6 | MIDWAY SALES & DISTRIBUTING<br>% STEPHEN P. WEIR<br>2900 SW WANAMAKER DR., STE 202<br>TOPEKA, KS 66614<br>Classified as: UNSECURED | $2,153.05<br><br>Monthly Payment: $0.00<br><br>GOODS SOLD | 0.00 | TBD |
| 7 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3105<br>OMAHA, NE 68103 | $7,288.72<br><br>Monthly Payment: $0.00 | 0.00 | TBD |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| | Classified as: UNSECURED | | | CREDIT CARD |
| 8 | SHAWNEE COUNTY TREASURER<br>200 SE 7TH RM 101<br>TOPEKA, KS 66603 | $5,938.91 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | 2012 PROP TAXES MP CONSTRUCTI |
| 9 | CREDITORS SERVICE BUREAU<br>PO BOX 5009<br>TOPEKA, KS 66605-0009 | $925.20 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | SERVICES |
| 10 | BLUETARP FINANCIAL INC<br>PO BOX 105525<br>ATLANTA, GA 30348-5525 | $5,874.41 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | CARPET ONE TOPEKA (NOT SCHED |
| 11 | KANSAS FENCING, INC<br>620 NW GORDON<br>TOPEKA, KS 66608 | $2,889.56 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | MECH. LIEN/PROPERTY SURRENDE |
| 12 | FIA CARD SERVICES<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | $9,890.41 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | CREDIT CARD/AMEND |
| 13 | COHEN,MCNEILE, PAPPAS ET AL<br>4601 COLLEGE BLVD., STE. 200<br>LEAWOOD, KS 66211 | $11,788.66 | 0.00 | TBD |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | MCCRAY LUMBER CO |
| 14 | GREEN TREE SERVICING, LLC<br>PO BOX 0049<br>PALATINE, IL 60055-0049 | $0.00 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: SECURED/SURRENDER COLLATERAL | | | 4834 SW AMBASSADOR PL, TOPEKA |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 15 | WESTAR ENERGY<br>% BANKRUPTCY TEAM<br>PO BOX 208<br>WICHITA, KS 67201-0208<br>Classified as: UNSECURED | $511.99<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>UTILITIES |
| 16 | WELLS FARGO BANK NA<br>MAC X7801-014<br>3476 STATE VIEW BLVD<br>FORT MILL, SC 29715<br>Classified as: SECURED/SURRENDER COLLATERAL | $0.00<br><br>Monthly Payment: $0.00<br>7434 sw ambassador PLACE, TOPEKA | 0.00 | 0.00 |
| 17 | ANTIO, LLC<br>% WEINSTEIN & RILEY<br>PO BOX 3978<br>SEATTLE, WA 98124<br>Classified as: UNSECURED | $8,248.01<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>CREDIT CARD |
| 18 | COMMUNITY BANK<br>PO BOX 4876<br>TOPEKA, KS 66614<br><br>Classified as: UNSECURED | $11,960.13<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>LOAN ADVANCES |
| 19 | CAPITAL ONE BANK (USA) NA<br>PO BOX 12907<br>NORFOLK, VA 23541<br><br>Classified as: UNSECURED | $2,111.94<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>HSBC BANK NEVADA, NA |
| 20 | CAPITAL ONE BANK (USA) NA<br>PO BOX 12907<br>NORFOLK, VA 23541<br><br>Classified as: UNSECURED | $801.53<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>HSBC BANK NEVADA |
| 21 | PORTFOLIO RECOVERY<br>ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $2,291.91<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>CHASE BANK USA |

Case#: 13-40627-13    **LISTING OF ALLOWED CLAIMS**

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $5,895.45<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>CHASE BANK USA |
| 23 | CERASTES, LLC<br>% WEINSTEIN & RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124<br>Classified as: UNSECURED | $2,736.74<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>CREDIT CARD |
| 1002 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: UNSECURED | $138.02<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>PENALTIES |
| 1005 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br>Classified as: UNSECURED | $2,021.85<br><br>Monthly Payment: $0.00 | 0.00 | TBD<br><br>PENALTIES/AMEND |

Total: $107,962.25

As of the date of this report, we estimate this Plan should run 50 more months. Please be aware that any number of modifications can affect the Plan length and/or the Percent to be Paid, and as such these numbers can change.