B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re   MARK LESLIE PICA and KELLEY ANN PICA ,   Case No.   13-40627

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC
_____
Name of Transferee

CAPITAL ONE BANK (USA), N.A.
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
  PRA Receivables Management, LLC., as agent of
  Portfolio Recovery Associates, LLC
  POB 41067
  NORFOLK, VA 23541

Court Claim # (if known):  19
Amount of Claim:  2111.94
Date Claim Filed:  09/11/2013

Phone:  877-829-8298
Last Four Digits of Acct #:  1306

Phone:  _____
Last Four Digits of Acct. #:  1306

Transferor Address:
CAPITAL ONE BANK (USA), N.A.
15000 Capital One Drive
Glen Allen, VA 23238

Name and Address where transferee payments should be sent (if different from above):
  Portfolio Recovery Associates, LLC
  POB 12914
  NORFOLK, VA 23541

Phone:  877-829-8298
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Dolores Garcia
Transferee/Transferee's Agent
Bankruptcy_Info_@portfoliorecovery.com

Date: 6/17/2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Exhibit 1 to**
**Receivable Sale Agreement dated February 27, 2014**

## BILL OF SALE

**Closing Date:** February 27, 2014

Capital One Bank (USA), National Association ("Seller"), in consideration of a Purchase Price of ▇▇▇▇ and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled ▇▇▇▇ (which may be in electronic form) to Portfolio Recovery Associates, LLC ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Receivable Sale Agreement, dated as of February 27, 2014, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

The Cutoff Date for the Sale File was February 20, 2014. The aggregate Account Sale Balance of the Accounts as of the Cutoff Date was ▇▇▇▇.

**CAPITAL ONE BANK (USA),**
**NATIONAL ASSOCIATION**

By: /s/ John H. Maurer
Name: John H. Maurer
Title: Vice President