210B (12/09)

# United States Bankruptcy Court

District of Kansas
Case No. 13-40627
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Leslie Pica
3431 SW Urish Road
Topeka KS 66614

Kelley Ann Pica
7434 SW Ambassador Pl
Apt. 1101
Topeka KS 66610-3005

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/19/2014.

Name and Address of Alleged Transferor(s):

Claim No. 20: CAPITAL ONE BANK (USA), N.A., PO Box 12907, Norfolk VA 23541

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/22/14

David D. Zimmerman
**CLERK OF THE COURT**

In re:                                                      Case No. 13-40627-JMK
Mark Leslie Pica                                            Chapter 13
Kelley Ann Pica
          Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-5          User: tshawna          Page 1 of 1          Date Rcvd: Jun 20, 2014
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2014.
7725335      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2014 at the address(es) listed below:
          Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
          jy@kansasconsumer.com;notice@kansasconsumer.com
          Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
          jy@kansasconsumer.com;notice@kansasconsumer.com
          Jonathon  Burford   on behalf of Creditor   Wells Fargo Bank, N.A. ksbk@km-law.com
          Susan P DeCoursey   on behalf of Creditor   McCray Lumber Company sdecoursey@cmplaw.net,
          gpappas@cmplaw.net;jdavis@cmplaw.net
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin   ecfgriff@13trusteeks.com
                                                                          TOTAL: 6