# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name**  Mark & Kelley Pica

**Case No.**  13-40627-13    **Related Adversary Case No.** _____

Check Appropriate Role Of Party The Address Change Will Affect:
✓  Debtor     ___ Creditor

Kelley Ann Pica
**Name Of Party - (type or print)**

### Old Address Information:

7434 SW Ambassador Pl  Apt. 1101
*Old* Street Address, Rural Route or Post Office Box - (type or print)

Topeka, KS 66610-3005
*Old* City, State and Zip Code - (type or print)

### New Address Information:

5705 SW 28th Terr
**New -** Street Address, Rural Route or Post Office Box - (type or print)

| Topeka | Shawnee | KS | 66614 |
|---|---|---|---|
| **New -** City | County | State | Zip Code - (type or print) |

Dated: 09/09/2014      s/ Gary E. Hinck
                       Signature of Person Authorizing Address Change

                       _____
                       Signature of Joint Debtor, if applicable

**INSTRUCTIONS**

This form must be electronically filed by authorized ECF Filers.  All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

Bankruptcy Clerk's Office         Bankruptcy Clerk's Office         Bankruptcy Clerk's Office
401 N. Market Rm 167              500 State Ave Rm 161              444 SE Quincy Rm 240
Wichita KS 67202                  Kansas City KS 66101              Topeka KS 66683

Revised 05/30/08