IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MARK LESLIE PICA and | ) | Case No. 13-40627 |
| KELLEY ANN PICA | ) | |
| | ) | |
| *Debtors* | ) | Chapter: 13 |

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

COMES NOW Susan P. DeCoursey of Commercial Law Group, P.A., and hereby notifies the Court and all parties of her withdrawal in connection with the above-captioned action and requests that her name be removed from the notices of electronic filing.

COMES NOW Andrew M. Duncan of Cohen McNeile & Pappas, P.C. and enters his appearance as counsel for McCray Lumber Company.

| | |
|---|---|
| COMMERCIAL LAW GROUP, P.A. | COHEN McNEILE & PAPPAS, P.C. |
| | |
| /s/ Susan P. DeCoursey_____ | /s/ Andrew M. Duncan_____ |
| Susan P. DeCoursey      KS#16272 | Andrew M. Duncan      KS #26283 |
| 4701 College Blvd., Ste. 204 | 4601 College Blvd., Ste. 200 |
| Leawood, KS 66211 | Leawood, KS 66211-1650 |
| (913) 345-8855; facsimile (913) 345-8352 | (913) 491-4050; facsimile (913) 491-3059 |
| decoursey@commerciallawgroup.net | aduncan@cmplaw.net |
| | *Attorneys for Plaintiff* |
| | *McCray Lumber Company* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on January 28, 2015, to all parties receiving electronic notification.

/s/ Andrew M. Duncan
Andrew M. Duncan