W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 13-40627-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the Period from August 01, 2016 through July 31, 2017  
Chapter 13 Case #: 13-40627-13  
Date of Filing: May 22, 2013

Mark Leslie Pica  
7910 Citrus Garden Dr, Apt 113  
Tampa, FL 33625

IN RE:  
Mark Leslie Pica  
Kelley Ann Pica  
        Debtors

## RECEIPTS

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 8/23/16 | $247.50 | 8/24/16 | $247.50 | 9/23/16 | $247.50 | 9/26/16 | $247.50 |
| 10/24/16 | $247.50 | 10/31/16 | $247.50 | 11/28/16 | $247.50 | 11/29/16 | $247.50 |
| 12/28/16 | $247.50 | 12/30/16 | $247.50 | 1/23/17 | $247.50 | 1/26/17 | $247.50 |
| 2/21/17 | $247.50 | 2/22/17 | $247.50 | 3/22/17 | $247.50 | 3/31/17 | $247.50 |
| 4/17/17 | $247.50 | 4/24/17 | $247.50 | 5/24/17 | $247.50 | 5/24/17 | $-247.50 |
| 5/24/17 | $247.50 | 6/6/17 | $247.50 | 6/27/17 | $247.50 | 6/27/17 | $-247.50 |
| 6/27/17 | $247.50 | 7/5/17 | $247.50 | 7/24/17 | $247.50 | | |

## CLAIMS AND DISTRIBUTIONS THIS PERIOD

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | GARY E HINCK | ATTORNEY FEE | $3,300.00 | 100.00 | $3,300.00 | 0.00 | $0.00 | $0.00 |
| 1 | AARGON AGENCY | UNSECURED | $249.13 | 100.00 | $0.00 | 0.00 | $0.00 | $249.13 |
| 2 | KANSAS DEPARTMENT O | PRIORITY | $987.60 | 100.00 | $910.91 | 0.00 | $0.00 | $76.69 |
| 3 | COMMERCE BANK NA | UNSECURED | $3,281.00 | 100.00 | $0.00 | 0.00 | $0.00 | $3,281.00 |
| 4 | NEBRASKA FURNITURE N | OTHER SECURED | $458.77 | 100.00 | $458.77 | 4.75 | $18.22 | $0.00 |
| 5 | INTERNAL REVENUE SER | PRIORITY | $19,519.26 | 100.00 | $18,003.68 | 0.00 | $0.00 | $1,515.58 |
| 6 | MIDWAY SALES & DISTR | UNSECURED | $2,153.05 | 100.00 | $0.00 | 0.00 | $0.00 | $2,153.05 |
| 7 | FIRST NATIONAL BANK ( | UNSECURED | $7,288.72 | 100.00 | $0.00 | 0.00 | $0.00 | $7,288.72 |
| 8 | SHAWNEE COUNTY TREA | UNSECURED | $5,938.91 | 100.00 | $0.00 | 0.00 | $0.00 | $5,938.91 |
| 9 | CREDITORS SERVICE BUR | UNSECURED | $925.20 | 100.00 | $0.00 | 0.00 | $0.00 | $925.20 |
| 10 | BLUETARP FINANCIAL IN | UNSECURED | $5,874.41 | 100.00 | $0.00 | 0.00 | $0.00 | $5,874.41 |
| 11 | KANSAS FENCING, INC | UNSECURED | $2,889.56 | 100.00 | $0.00 | 0.00 | $0.00 | $2,889.56 |
| 12 | FIA CARD SERVICES | UNSECURED | $9,890.41 | 100.00 | $0.00 | 0.00 | $0.00 | $9,890.41 |

W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 13-40627-13

| 13 | COHEN,MCNEILE, PAPPA | UNSECURED | $11,788.66 | 100.00 | $0.00 | 0.00 | $0.00 | $11,788.66 |
| 15 | WESTAR ENERGY | UNSECURED | $511.99 | 100.00 | $0.00 | 0.00 | $0.00 | $511.99 |
| 17 | ANTIO, LLC | UNSECURED | $8,248.01 | 100.00 | $0.00 | 0.00 | $0.00 | $8,248.01 |
| 18 | COMMUNITY BANK | UNSECURED | $11,960.13 | 100.00 | $0.00 | 0.00 | $0.00 | $11,960.13 |
| 19 | PORTFOLIO RECOVERY A | UNSECURED | $2,111.94 | 100.00 | $0.00 | 0.00 | $0.00 | $2,111.94 |
| 20 | PORTFOLIO RECOVERY A | UNSECURED | $801.53 | 100.00 | $0.00 | 0.00 | $0.00 | $801.53 |
| 21 | PORTFOLIO RECOVERY A | UNSECURED | $2,291.91 | 100.00 | $0.00 | 0.00 | $0.00 | $2,291.91 |
| 22 | PORTFOLIO RECOVERY A | UNSECURED | $5,895.45 | 100.00 | $0.00 | 0.00 | $0.00 | $5,895.45 |
| 23 | CERASTES LLC | UNSECURED | $2,736.74 | 100.00 | $0.00 | 0.00 | $0.00 | $2,736.74 |
| 998 | GARY E. HINCK | ATTORNEY | $300.00 | 100.00 | $0.00 | 0.00 | $0.00 | $300.00 |
| 1002 | KANSAS DEPARTMENT ( | UNSECURED | $138.02 | 100.00 | $0.00 | 0.00 | $0.00 | $138.02 |
| 1005 | INTERNAL REVENUE SER | UNSECURED | $2,021.85 | 100.00 | $0.00 | 0.00 | $0.00 | $2,021.85 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 31, 2017

Receipts: $24,750.00  Paid To Claims: $22,691.58  Trustee's Fees Paid: $1,368.59  Funds On Hand: $462.83

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAYOFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS

W.H. GRIFFIN, TRUSTEE  Case #: 13-40627-13
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the Period from August 01, 2016 through July 31, 2017
Chapter 13 Case #: 13-40627-13
Date of Filing: May 22, 2013

Kelley Ann Pica  
5705 SW 28TH TERR  
Topeka, KS 66614  

IN RE:  
Mark Leslie Pica  
Kelley Ann Pica  
    Debtors

### RECEIPTS

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 8/23/16 | $247.50 | 8/24/16 | $247.50 | 9/23/16 | $247.50 | 9/26/16 | $247.50 |
| 10/24/16 | $247.50 | 10/31/16 | $247.50 | 11/28/16 | $247.50 | 11/29/16 | $247.50 |
| 12/28/16 | $247.50 | 12/30/16 | $247.50 | 1/23/17 | $247.50 | 1/26/17 | $247.50 |
| 2/21/17 | $247.50 | 2/22/17 | $247.50 | 3/22/17 | $247.50 | 3/31/17 | $247.50 |
| 4/17/17 | $247.50 | 4/24/17 | $247.50 | 5/24/17 | $247.50 | 5/24/17 | $-247.50 |
| 5/24/17 | $247.50 | 6/6/17 | $247.50 | 6/27/17 | $247.50 | 6/27/17 | $-247.50 |
| 6/27/17 | $247.50 | 7/5/17 | $247.50 | 7/24/17 | $247.50 | | |

### CLAIMS AND DISTRIBUTIONS THIS PERIOD

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | GARY E HINCK | ATTORNEY FEE | $3,300.00 | 100.00 | $3,300.00 | 0.00 | $0.00 | $0.00 |
| 1 | AARGON AGENCY | UNSECURED | $249.13 | 100.00 | $0.00 | 0.00 | $0.00 | $249.13 |
| 2 | KANSAS DEPARTMENT O | PRIORITY | $987.60 | 100.00 | $910.91 | 0.00 | $0.00 | $76.69 |
| 3 | COMMERCE BANK NA | UNSECURED | $3,281.00 | 100.00 | $0.00 | 0.00 | $0.00 | $3,281.00 |
| 4 | NEBRASKA FURNITURE M | OTHER SECURED | $458.77 | 100.00 | $458.77 | 4.75 | $18.22 | $0.00 |
| 5 | INTERNAL REVENUE SER | PRIORITY | $19,519.26 | 100.00 | $18,003.68 | 0.00 | $0.00 | $1,515.58 |
| 6 | MIDWAY SALES & DISTR | UNSECURED | $2,153.05 | 100.00 | $0.00 | 0.00 | $0.00 | $2,153.05 |
| 7 | FIRST NATIONAL BANK ( | UNSECURED | $7,288.72 | 100.00 | $0.00 | 0.00 | $0.00 | $7,288.72 |
| 8 | SHAWNEE COUNTY TREA | UNSECURED | $5,938.91 | 100.00 | $0.00 | 0.00 | $0.00 | $5,938.91 |
| 9 | CREDITORS SERVICE BUR | UNSECURED | $925.20 | 100.00 | $0.00 | 0.00 | $0.00 | $925.20 |
| 10 | BLUETARP FINANCIAL IN | UNSECURED | $5,874.41 | 100.00 | $0.00 | 0.00 | $0.00 | $5,874.41 |
| 11 | KANSAS FENCING, INC | UNSECURED | $2,889.56 | 100.00 | $0.00 | 0.00 | $0.00 | $2,889.56 |
| 12 | FIA CARD SERVICES | UNSECURED | $9,890.41 | 100.00 | $0.00 | 0.00 | $0.00 | $9,890.41 |

**W.H. GRIFFIN, TRUSTEE**  
**5115 ROE BLVD**  
**SUITE 200**  
**ROELAND PARK, KS  66205-2393**

Case #: 13-40627-13

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 | COHEN,MCNEILE, PAPPA | UNSECURED | $11,788.66 | 100.00 | $0.00 | 0.00 | $0.00 | $11,788.66 |
| 15 | WESTAR ENERGY | UNSECURED | $511.99 | 100.00 | $0.00 | 0.00 | $0.00 | $511.99 |
| 17 | ANTIO, LLC | UNSECURED | $8,248.01 | 100.00 | $0.00 | 0.00 | $0.00 | $8,248.01 |
| 18 | COMMUNITY BANK | UNSECURED | $11,960.13 | 100.00 | $0.00 | 0.00 | $0.00 | $11,960.13 |
| 19 | PORTFOLIO RECOVERY A | UNSECURED | $2,111.94 | 100.00 | $0.00 | 0.00 | $0.00 | $2,111.94 |
| 20 | PORTFOLIO RECOVERY A | UNSECURED | $801.53 | 100.00 | $0.00 | 0.00 | $0.00 | $801.53 |
| 21 | PORTFOLIO RECOVERY A | UNSECURED | $2,291.91 | 100.00 | $0.00 | 0.00 | $0.00 | $2,291.91 |
| 22 | PORTFOLIO RECOVERY A | UNSECURED | $5,895.45 | 100.00 | $0.00 | 0.00 | $0.00 | $5,895.45 |
| 23 | CERASTES LLC | UNSECURED | $2,736.74 | 100.00 | $0.00 | 0.00 | $0.00 | $2,736.74 |
| 998 | GARY E. HINCK | ATTORNEY | $300.00 | 100.00 | $0.00 | 0.00 | $0.00 | $300.00 |
| 1002 | KANSAS DEPARTMENT ( | UNSECURED | $138.02 | 100.00 | $0.00 | 0.00 | $0.00 | $138.02 |
| 1005 | INTERNAL REVENUE SER | UNSECURED | $2,021.85 | 100.00 | $0.00 | 0.00 | $0.00 | $2,021.85 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 31, 2017

Receipts: $24,750.00   Paid To Claims: $22,691.58   Trustee's Fees Paid: $1,368.59   Funds On Hand: $462.83

**\*\*NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAYOFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS