# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 13-40627 |
| MARK LESLIE PICA § | |
| fdba MP Construction LLC § | |
| KELLEY ANN PICA § | |
|     DEBTORS | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank National Association, as Indenture Trustee for Home Equity Loan Trust 2007-HSA1**
Name of Transferee

Green Tree Servicing LLC, as authorized servicer for Home Equity Loan Trust 2007-HSA1, as owner and holder of account/contract originated by Home Loan Center, Inc. c/o Green Tree Servicing LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 14-1
Amount of Claim: $45,955.46
Date Claim Filed: 06/29/2013

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx0637**

Phone: 888-298-7785
Last Four Digits of Acct.#: 5923

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx0637**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty      Date: 08/23/2017
    Transferee/Transferee's Agent

    Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 23, 2017 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Mark Leslie Pica
7910 Citrus Garden Dr
Apt #113
Tampa, FL 33625

**Co-Debtor**  *Via U.S. Mail*
Kelley Ann Pica
5705 SW 28th Terr
Topeka, KS 66614

**Debtors' Attorney**
Gary E. Hinck
Gary E. Hinck, P.A.
512 SW 6th Ave Suite 100
Topeka, KS 66603-3150

**Chapter 13 Trustee**
William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

**U.S. Trustee**
U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202

Respectfully Submitted,

/s/ John J. Rafferty
John J. Rafferty