2100 B (12/15)

# United States Bankruptcy Court

District of Kansas
Case No. 13-40627
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Leslie Pica
7910 Citrus Garden Dr
Apt #113
Tampa FL 33625

Kelley Ann Pica
5705 SW 28th Terr
Topeka KS 66614

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2017.

Name and Address of Alleged Transferor(s):

Claim No. 14: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154,
Telephone number: 888-298-7785

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/27/17

David D. Zimmerman
**CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                              District of Kansas
```

In re:                                                        Case No. 13-40627-JMK
Mark Leslie Pica                                              Chapter 13
Kelley Ann Pica
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1083-5        User: mindy        Page 1 of 1        Date Rcvd: Aug 25, 2017
                            Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7654400        E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2017 21:17:16      Green Tree Servicing, LLC,
               P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor   McCray Lumber Company aduncan@cmplaw.net
              Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com
              Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com
              John Rafferty    on behalf of Creditor    Specialized Loan Servicing LLC
               john.rafferty@buckleymadole.com
              Jonathon Burford    on behalf of Creditor   Wells Fargo Bank, N.A. ksbk@km-law.com,
               Kozeny@ecf.courtdrive.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                              TOTAL: 7