IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Mark Leslie Pica
Kelley Ann Pica
      Debtors,                Case No: 13-40627-13

## TRUSTEE'S OBJECTION TO CLAIM NO. 8
## OF SHAWNEE COUNTY TREASURER

**COMES NOW**, W.H. Griffin, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court said claim be treated as follows:

Allowed as described herein for the following reason:

Adjusted to the amounts paid by the Trustee prior to property being paid in full per creditor.

As a UNSECURED claim in the amount of $0.00 Principal and $0.00 Interest.

**WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: January 30, 2018          /s/ W.H. Griffin
                                      W.H. Griffin #8060
                                      5115 ROE BLVD
                                      SUITE 200
                                      ROELAND PARK, KS 66205-2393
                                      (913)677-1311
                                      (913)432-7857(Fax)

## NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within thirty (30) days of the date of this notice, January 30, 2018 with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtors' counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court at 444 SE Quincy, Room 210, Topeka, KS 66683 on April 11, 2018 at 9:00 AM. If no response is filed on or before March 01, 2018, an exparte order will be entered. For information about electronic filing go to www.ksb.uscourts.gov.

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors, Debtors' attorney, and the Creditor will be served either electronically or via U.S. Mail.

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)

| | |
|---|---|
| Mark Leslie Pica<br>5340 W Kennedy Blvd Unit 536<br>Tampa, FL 33609 | Kelley Ann Pica<br>5705 SW 28TH TERR<br>Topeka, KS 66614 |

SHAWNEE COUNTY TREASURER
200 SE 7TH RM 101
TOPEKA, KS 66603