UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

CHAPTER 13 TRUSTEE'S NOTIFICATION OF
DEBTOR ADDRESS CHANGE

IN RE:

Kelley Ann Pica

Debtor          Case No: 13-40627-13

New Address for Kelley Ann Pica Only:

2004 SW Smith St
Blue Springs, MO 64015

**HEREBY,** the Chapter 13 Trustee requests the Court update their records to reflect the current address of the Debtor.