**SO ORDERED.**

**SIGNED this 24th day of April, 2018.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

    Mark Leslie Pica
    Kelley Ann Pica

          Debtors,               Case No: 13-40627-13

### ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
### TO CLAIM NO. 8 OF SHAWNEE COUNTY TREASURER

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 8 of SHAWNEE COUNTY TREASURER. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of SHAWNEE COUNTY TREASURER should be, and hereby is, treated as follows:

Allowed as described herein for the following reason:

Adjusted to the amounts paid by the Trustee prior to property being paid in full per creditor.

As a UNSECURED claim in the amount of $0.00 Principal and $0.00 Interest.

###

Prepared and Approved by:

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)