**SO ORDERED.**

**SIGNED this 24th day of April, 2018.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    Mark Leslie Pica
    Kelley Ann Pica

          Debtors,                  Case No: 13-40627-13

**ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
TO CLAIM NO. 8 OF SHAWNEE COUNTY TREASURER**

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 8 of SHAWNEE COUNTY TREASURER. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of SHAWNEE COUNTY TREASURER should be, and hereby is, treated as follows:

Allowed as described herein for the following reason:

Adjusted to the amounts paid by the Trustee prior to property being paid in full per creditor.

As a UNSECURED claim in the amount of $0.00 Principal and $0.00 Interest.

###

Prepared and Approved by:

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)

```
United States Bankruptcy Court
       District of Kansas
```

In re:                                                          Case No. 13-40627-JMK
Mark Leslie Pica                                                Chapter 13
Kelley Ann Pica
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1083-5         User: mindy          Page 1 of 1          Date Rcvd: Apr 24, 2018
                             Form ID: pdf020      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
db            +Mark Leslie Pica,    5340 W Kennedy Blvd Unit #536,   Tampa, FL 33609-2446
jdb           +Kelley Ann Pica,    2004 SW Smith St,   Blue Springs, MO 64015-3504
7612314       +Shawnee County Treasurer,    200 SE 7th Street Room 101,   Topeka KS 66603-3959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    McCray Lumber Company aduncan@cmplaw.net
              Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com
              Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com
              John Rafferty    on behalf of Creditor    Specialized Loan Servicing LLC john.rafferty@bonialpc.com
              Jonathon Burford    on behalf of Creditor    Wells Fargo Bank, N.A. ksbk@km-law.com,
               Kozeny@ecf.courtdrive.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 7