# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Mark Leslie Pica
    Kelley Ann Pica
        Debtors         Case No: 13-40627-13

## NOTICE OF COMPLETION OF PLAN PAYMENTS

    COMES NOW, the Chapter 13 Trustee, W. H. Griffin and advises the Court that the Debtors have completed all payments required under the confirmed Chapter 13 Plan and all amendments and/or modifications thereto, or has completed all payments as required prior to seeking entry of a hardship discharge pursuant to 11 U.S.C. 1328(b).

    The Debtors are hereby notified that if the Trustee was disbursing funds on their behalf to creditors holding mortgage or other long term debt, the Debtors shall commence payments directly to those creditors. The Debtors or Debtors' Attorney must file a Motion for Discharge Due to Plan Completion. Failure to do so will result in a request by the Trustee that the Court close the case without discharge.

    s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Notice was served, either electronically, or deposited in the United States mail, first-class postage prepaid, on June 11, 2018 to the Debtors and the attorney for the Debtors.

    s/W.H. Griffin, Chapter 13 Trustee
    W.H. Griffin, Chapter 13 Trustee

Mark Leslie Pica          Kelley Ann Pica
11532 Wellman Drive      2004 SW Smith St
Riverview, FL 33578       Blue Springs, MO 64015