Form ntcredchg  (Revised 09/24/2008)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 13–40627

Chapter: 13

In re: (Name of Debtor)

Mark Leslie Pica
fdba   MP Construction LLC
11532 Wellman Drive
Riverview, FL 33578

Kelley Ann Pica
2004 SW Smith St
Blue Springs, MO 64015

EIN: 26–2111186

**Entered By The Court**
**6/12/18**

**NOTICE TO CHAPTER 13 DEBTOR(S)**

**Filed By The Court**
**6/12/18**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

Notice is hereby given that the Chapter 13 Trustee in this case has filed a Notice of Chapter 13 Plan Completion. Debtor(s) and/or counsel have thirty (30) days from the date of this Notice to file a Certificate of Compliance and Motion for Entry of Discharge to obtain a discharge under 11. U.S.C. 1328.

Failure to file the Certificate of Compliance and Motion for Entry of Discharge may result in the case being closed without entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate of Compliance and Motion for Entry of Discharge, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 54

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court