**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 13–40627                    Chapter: 13

In re: (Name of Debtor)

Mark Leslie Pica
fdba   MP Construction LLC                Kelley Ann Pica
11532 Wellman Drive                       2004 SW Smith St
Riverview, FL 33578                       Blue Springs, MO 64015

EIN: 26–2111186

| Entered By The Court<br>6/12/18 | NOTICE TO CHAPTER 13 DEBTOR(S) | Filed By The Court<br>**6/12/18**<br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court |
|---|---|---|

Notice is hereby given that the Chapter 13 Trustee in this case has filed a Notice of Chapter 13 Plan Completion. Debtor(s) and/or counsel have thirty (30) days from the date of this Notice to file a Certificate of Compliance and Motion for Entry of Discharge to obtain a discharge under 11. U.S.C. 1328.

Failure to file the Certificate of Compliance and Motion for Entry of Discharge may result in the case being closed without entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate of Compliance and Motion for Entry of Discharge, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 54                               s/ David D. Zimmerman
                                          Clerk, United States Bankruptcy Court

United States Bankruptcy Court
District of Kansas

In re:                                                      Case No. 13-40627-JMK
Mark Leslie Pica                                            Chapter 13
Kelley Ann Pica
          Debtors

## CERTIFICATE OF NOTICE

District/off: 1083-5        User: mindy           Page 1 of 1           Date Rcvd: Jun 12, 2018
                           Form ID: ksplncm       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db             +Mark Leslie Pica,    11532 Wellman Drive,   Riverview, FL 33578-3765
jdb            +Kelley Ann Pica,   2004 SW Smith St,   Blue Springs, MO 64015-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
          Andrew M. Duncan    on behalf of Creditor   McCray Lumber Company aduncan@cmplaw.net
          Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
          jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com
          Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
          jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com
          John Rafferty    on behalf of Creditor    Specialized Loan Servicing LLC john.rafferty@bonialpc.com
          Jonathon Burford    on behalf of Creditor   Wells Fargo Bank, N.A. ksbk@km-law.com,
          Kozeny@ecf.courtdrive.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin    ecfgriff@13trusteeks.com
                                                                        TOTAL: 7