Gary E. Hinck, P.A.
512 SW 6th Ave
Suite 100
Topeka, KS 66603-3150
gh@kansasconsumer.com
(785) 267-7090

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re: Mark Leslie Pica            Case No. 13-40627-13
and
Kelley Ann Pica

           Debtor(s)

**CHAPTER 13 DEBTOR(S) CERTIFICATION OF COMPLIANCE AND MOTION FOR ENTRY OF DISCHARGE**

      COMES NOW the Debtor(s) in the above-captioned case, by and through counsel, and move this Court for an Order granting discharge. In support hereof, Debtor(s) state:

1. This Court has jurisdiction pursuant to 28 U.S.C. §157 and 11 U.S.C. §1328.
2. Debtor(s) filed a bankruptcy case under Chapter 13 of the Bankruptcy Code.
3. Debtor(s) Chapter 13 Plan was confirmed on August 23, 2013.
4. All payments have been completed under the terms of Debtor(s) confirmed Chapter 13 Plan.
5. As a result, Debtor(s) file(s) the attached Certification under penalty of perjury, and submits this Motion requesting that the Court grant a discharge in accordance with 11 U.S.C. §1328.

                           GARY E. HINCK, P.A.

                           By:s/ Gary E. Hinck
                           Gary E. Hinck, #18270
                           512 SW 6th Ave
                           Suite 100
                           Topeka, KS 66603-3150
                           gh@kansasconsumer.com
                           (785) 267-7090
                           Attorney for Debtor(s)

In the United States Bankruptcy Court for the District of Kansas
In Re: Mark Leslie Pica and Kelley Ann Pica
Case No.   13-40627         Chapter 13
Chapter 13 Debtor(s) Certification of Compliance and Motion for Entry of Discharge
Page 2

## CERTIFICATE OF SERVICE

The undersigned, Gary E. Hinck, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be electronically filed or deposited in the United States mail, postage prepaid, addressed to all parties listed on the attached matrix, on the 28th day of June, 2018.

s/ Gary E. Hinck
Gary E. Hinck, #18270
gh@kansasconsumer.com

B2830 (Form 2830) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____District Of_____

In re Mark Leslie Pica          Case No. 13-40627-13
      Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    ☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

    ☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My current address: _____

    My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(h), I certify that:

    ☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

    ☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  6-16-18            _____
            Date                         Debtor

B2830 (Form 2830) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re Kelley Ann Pica    Case No. 13-40627-13
         Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

\*    Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

       I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  6-15-18                     *Kelley Ann Pica*
             Date                                           Debtor

Gary E. Hinck, P.A.
512 SW 6th Ave
Suite 100
Topeka, KS 66603-3150
gh@kansasconsumer.com
(785) 267-7090

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re: Mark Leslie Pica                               Case No. 13-40627-13
       and
       Kelley Ann Pica

Debtor(s)

**NOTICE OF OBJECTION DEADLINE WITH OPPORTUNITY FOR HEARING ON DEBTOR(S) CERTIFICATION OF COMPLIANCE AND MOTION FOR ENTRY OF DISCHARGE**

YOU ARE HEREBY notified that if no objection to the attached Motion/Application is filed in writing with the Clerk of the Bankruptcy Court by:

**July 30, 2018**

said Motion will be granted by an entry of discharge.

If a written objection is timely filed with the Clerk of the Bankruptcy Court at 240 Federal Building, 444 SE Quincy, Topeka, Kansas, a non-evidentiary hearing will be scheduled on:

**August 8, 2018, at 9:00 A.M.**
210 Federal Building
444 SE Quincy
Topeka, Kansas 66683

A hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

Dated: June 28, 2018                          By: s/ Gary E. Hinck
                                                                         Gary E. Hinck, #18270
                                                                         512 SW 6th Ave
                                                                         Suite 100
                                                                         Topeka, KS 66603-3150
                                                                         gh@kansasconsumer.com
                                                                         (785) 267-7090
                                                                         Attorney for Debtor(s)

In the United States Bankruptcy Court for the District of Kansas
In Re: Mark Leslie Pica and Kelley Ann Pica
Case No. 13-40627    Chapter 13
Notice of Objection Deadline on Debtor(s) Chapter 13 Debtor(s) Certification of Compliance and Motion for Entry of Discharge
Page 2

## CERTIFICATE OF SERVICE

The undersigned, Gary E. Hinck, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be electronically filed or deposited in the United States mail, postage prepaid, addressed to all parties listed on the attached matrix, on the 28th day of June, 2018.

s/ Gary E. Hinck
Gary E. Hinck, #18270
gh@kansasconsumer.com