| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-5<br>Case 13-40627<br>District of Kansas<br>Topeka<br>Tue Jun 26 13:43:48 CDT 2018 | McCray Lumber Company<br>c/o Cohen McNeile & Pappas, P.C.<br>4601 College Blvd.<br>Suite 200<br>Leawood, KS 66211-1650 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, CO 80129-2386 | Topeka Divisional Office<br>240 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592 | AAA Financial Services<br>PO Box 851001<br>Dallas TX 75285-1001 |
| ANTIO, LLC<br>C O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | Aargon Agency As Agent For Jackson Memorial<br>Jackson Memorial Ar Assist Jer 1<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117-4132 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Black Gold Inc<br>2404 N E Grantville Rd<br>Topeka KS 66608-1723 | BlueTarp Financial Inc<br>PO Box 17825<br>Portland ME 04112-8825 | BlueTarp Financial Inc.<br>PAYMENT ADDRESS<br>PO Box 105525<br>Atlanta GA 30348-5525 |
| Butler Associates PA<br>3706 SW Topeka Blvd Ste 300<br>Topeka KS 66609-1239 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | CERASTES, LLC<br>c o Weinstein And Riley PS<br>2001 Western Avenue Ste 400<br>Seattle WA 98121-3132 |
| Capital One Bank<br>PO Box 60599<br>City of Industry CA 91716-0599 | Capital One/Best Buy<br>Po Box 30253<br>Salt Lake City UT 84130-0253 | Central State Recovery<br>1314 N Main St<br>Hutchinson KS 67501-4002 |
| Chase<br>PO Box 94014<br>Palatine IL 60094-4014 | Citi Cards/Citibank<br>PO Box 6241<br>Sioux Falls SD 57117-6241 | Citibank<br>PO Box 6500<br>Sioux Falls SD 57117-6500 |
| Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Commerce Bank<br>PO Box 419248<br>Kansas City MO 64141-6248 | Community Bank<br>PO Box 4876<br>Topeka KS 66604-0876 |
| Core First Bank And Trust<br>PO Box 5049<br>Topeka KS 66605-0049 | Cotton O'Neil Clinic<br>PO Box 412875<br>Kansas City MO 64141-2875 | Creditors Service Bureau<br>3410 SW Van Buren Street Suite 202<br>PO Box 5009<br>Topeka KS 66605-0009 |
| Direct Merchants Bank<br>Payment Center<br>PO Box 49357<br>San Jose CA 95161-9357 | Endoscopy Surgery Center Of Topeka<br>PO Box 219932<br>Kansas City MO 64121-9932 | Envista Credit Union<br>3626 SW Wanamaker Rd<br>Topeka KS 66614-4528 |

| | | |
|---|---|---|
| FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | First National Bank<br>PO Box 2557<br>Omaha NE 68103-2557 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197-0002 |
| Garner Remodeling<br>117 SE 25th St<br>Topeka KS 66605-1167 | Green Tree<br>PO Box 6172<br>Rapid City SD 57709-6172 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 |
| Green Tree Servicing, LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049<br>Telephone number 60055-0049 | Gutter Factory<br>5243 S W 45th<br>Topeka KS 66610-1294 | HSBC<br>Po Box 60502<br>City Of Industry CA 91716-0502 |
| Home Depot<br>2455 Paces Ferry Road<br>Atlanta GA 30339-6444 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Kansas Fencing Inc<br>4035 NE Seward Ave<br>Topeka KS 66616-9539 | Kansas Fencing Inc.<br>PAYMENT ADDRESS<br>620 NW Gordon<br>Topeka, KS 66608-1512 | Kansas Fencing, Inc.<br>Timothy A. Shultz<br>Parker & Hay, LLP<br>400 S. Kansas Ave., Ste 200<br>Topeka KS 66603-3438 |
| Kansas Income Tax<br>Kansas Department Of Revenue<br>PO Box 12005<br>Topeka KS 66601-3005 | Kansas Medical Clinic PA<br>PO Box 219436<br>Kansas City MO 64121-9436 | Larry's Glass Inc<br>813 N Kansas Ave<br>Topeka KS 66608-1210 |
| Mastercard<br>C/O HSBC Card Servcies<br>PO Box 60501<br>City Of Industry CA 91716-0501 | McCray Lumber And Milwork<br>PO Box 410325<br>Kansas City KS 64141-0325 | Midway Sales & Distributing, Inc.<br>Attn: Stephen P Weir, Attorney at Law<br>2900 SW Wanamaker Dr., Ste. 202<br>Topeka, KS 66614-4188 |
| Midway Wholesale<br>PO Box 1246<br>Topeka KS 66601-1246 | Midwest Services Bureau Inc<br>PO Box 3888<br>Wichita KS 67201-3888 | Nationwide Recovery Systems LTD<br>PO Box 702257<br>Dallas TX 75370-2257 |
| Nebraska Furniture Mart<br>PO Box 2335<br>Omaha NE 68103-2335 | Nebraska Furniture Mart<br>PO Box 3000<br>Omaha, NE 68103-3030 | Office Of United States Attorney<br>US Courthouse Suite 290<br>444 Southeast Quincy Street<br>Topeka KS 66683-0002 |
| PROtrade Credit<br>PO Box 17825<br>Portland ME 04112-8825 | Parker & Hays LLP<br>400 S Kansas AVe Ste 200<br>Topeka KS 66603-3438 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Radiology And Nuclear Medicine<br>PO Box 1887<br>Topeka KS  66601-1887 | Riling Burkhead & Nitcher Chtd<br>PO Box B<br>Lawrence KS 66044-8996 | Shawnee County Solid Waste Department<br>PO Box 3566<br>Topeka KS  66601-3566 |
| Shawnee County Treasurer<br>200 SE 7th Street Room 101<br>Topeka KS 66603-3959 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | St Francis Health Center<br>1700 SW 7th St<br>Topeka KS 66606-1690 |
| TRUGREEN #5600<br>Attn Accts Receivable<br>8420 Cole Pky<br>Shawnee Mission KS 66227-3129 | Trade Credit Services<br>PO Box 105525<br>Atlanta GA 30348-5525 | Transworld Systems Inc<br>4560 South Blvd Ste 100<br>Virginia Beach VA  23452-1160 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Valentine Zimmerman & Zimmerman PA<br>909 SE Quincy St<br>Topeka KS 66612-1115 | Wells Fargo<br>PO Box 10475<br>Des Moines IA  50306-0475 |
| Wells Fargo Bank N.A.<br>MAC# D3347-014<br>3476 Stateview Blvd<br>Fort Mill SC 29715-7203 | Westar Energy<br>PO Box 758500<br>Topeka KS  66675-8500 | Westar Energy Inc<br>Attn: Bankruptcy Dept<br>PO Box 208<br>Wichita KS 67201-0208 |
| William E Moore LSCSW PA<br>5040 SW 28th St Ste B<br>Topeka KS 66614-2302 | Gary E. Hinck<br>Gary E. Hinck, P.A.<br>512 SW 6th Ave Suite 100<br>Topeka, KS 66603-3108 | Kelley Ann Pica<br>2004 SW Smith St<br>Blue Springs, MO 64015-3504 |
| Mark Leslie Pica<br>11532 Wellman Drive<br>Riverview, FL 33578-3765 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS  66205-2393 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>PO Box 982238<br>El Paso TX  79998-2238 | (d)FIA Card Services NA<br>PAYMENT ADDRESS<br>PO Box 15102<br>Wilmington DE 19886-5102 | Green Tree Servicing, LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154<br>Telephone number: 888-298-7785 |
| Internal Revenue Service<br>271 W 3rd Street N Suite 3000<br>Stop 5333 Wic<br>Wichita KS  67202-1212 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wells Fargo Bank, N.A. | (d)McCray Lumber Company<br>c/o Cohen McNeile & Pappas, P.C.<br>4601 College Blvd., Suite 200<br>Leawood, KS 66211-1650 | End of Label Matrix<br>Mailable recipients   79<br>Bypassed recipients   2<br>Total   81 |