# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name**  Mark & Kelley Pica

**Case No.**  13-40627-13     **Related Adversary Case No.** _____

Check Appropriate Role Of Party The Address Change Will Affect:
___ Debtor     ✓ Creditor

Cohen McNeile & Pappas
**Name Of Party - (type or print)**

### Old Address Information:

4601 College Blvd Ste 200
*Old* Street Address, Rural Route or Post Office Box - (type or print)

Leawood, KS 66211-1650
*Old* City, State and Zip Code - (type or print)

### New Address Information:

7500 W 110th St Ste 110
*New -* Street Address, Rural Route or Post Office Box - (type or print)

| Overland Park | | KS | 66210 |
|---|---|---|---|
| **New** - City | County | State | Zip Code - (type or print) |

Dated: 07/24/2018         s/ Gary E. Hinck
                          Signature of Person Authorizing Address Change

                          _____
                          Signature of Joint Debtor, if applicable

**INSTRUCTIONS**

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

Bankruptcy Clerk's Office           Bankruptcy Clerk's Office           Bankruptcy Clerk's Office
401 N. Market Rm 167                500 State Ave Rm 161                444 SE Quincy Rm 240
Wichita KS 67202                    Kansas City KS 66101                Topeka KS 66683

Revised 05/30/08