| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark Leslie Pica** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3726 <br> EIN   26–2111186 |
| Debtor 2 <br> (Spouse, if filing) | **Kelley Ann Pica** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1588 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| | | Date Notice Issued:  **8/1/18** |
| United States Bankruptcy Court  **District of Kansas** | | |
| Case number/Judge:  **13–40627  / Janice Miller Karlin** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Leslie Pica
fdba MP Construction LLC

Kelley Ann Pica

8/1/18

**By the court:**   Janice Miller Karlin
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                   United States Bankruptcy Court
                                        District of Kansas
In re:                                                                   Case No. 13-40627-JMK
Mark Leslie Pica                                                         Chapter 13
Kelley Ann Pica
          Debtors                       CERTIFICATE OF NOTICE
District/off: 1083-5          User: mindy                 Page 1 of 3             Date Rcvd: Aug 01, 2018
                              Form ID: 3180W              Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db             +Mark Leslie Pica,    11532 Wellman Drive,    Riverview, FL 33578-3765
jdb            +Kelley Ann Pica,    2004 SW Smith St,    Blue Springs, MO 64015-3504
cr             +McCray Lumber Company,    c/o Cohen McNeile & Pappas, P.C.,    4601 College Blvd.,   Suite 200,
                 Leawood, KS 66211-1650
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
7612274        +Black Gold Inc,    2404 N E Grantville Rd,    Topeka KS 66608-1723
7642155        +BlueTarp Financial Inc,    PO Box 17825,    Portland ME 04112-8825
7642144         BlueTarp Financial Inc.,    PAYMENT ADDRESS,    PO Box 105525,   Atlanta GA 30348-5525
7725335        +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
7612278         Central State Recovery,    1314 N Main St,    Hutchinson KS 67501-4002
7612283         Community Bank,    PO Box 4876,    Topeka KS 66604-0876
7612284         Core First Bank And Trust,    PO Box 5049,    Topeka KS 66605-0049
7612285         Cotton O'Neil Clinic,    PO Box 412875,    Kansas City MO 64141-2875
7612286         Creditors Service Bureau,    3410 SW Van Buren Street Suite 202,    PO Box 5009,
                 Topeka KS 66605-0009
7612288         Endoscopy Surgery Center Of Topeka,    PO Box 219932,    Kansas City MO 64121-9932
7612289         Envista Credit Union,    3626 SW Wanamaker Rd,    Topeka KS 66614-4528
7643341        +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
7612290        +First National Bank,    PO Box 2557,    Omaha NE 68103-2557
7628735        +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
7612291        +Garner Remodeling,    117 SE 25th St,    Topeka KS 66605-1167
7612293        +Gutter Factory,    5243 S W 45th,    Topeka KS 66610-1294
7612295        +HSBC,    Po Box 60502,    City Of Industry CA 91716-0502
7612298        +Kansas Fencing Inc,    4035 NE Seward Ave,    Topeka KS 66616-9539
7642761        +Kansas Fencing Inc.,    PAYMENT ADDRESS,    620 NW Gordon,   Topeka, KS 66608-1512
7612301        +Larry's Glass Inc,    813 N Kansas Ave,    Topeka KS 66608-1210
7612302        +Mastercard,    C/O HSBC Card Servcies,    PO Box 60501,    City Of Industry CA 91716-0501
7612303        +McCray Lumber And Milwork,    PO Box 410325,    Kansas City KS 64141-0325
7645780        +McCray Lumber Company,    c/o Cohen McNeile & Pappas, P.C.,    7500 W 110th St Ste 110,
                 Overland Park KS 66210-2476
7626328        +Midway Sales & Distributing, Inc.,    Attn: Stephen P Weir, Attorney at Law,
                 2900 SW Wanamaker Dr., Ste. 202,    Topeka, KS 66614-4188
7612304        +Midway Wholesale,    PO Box 1246,    Topeka KS 66601-1246
7612305        +Midwest Services Bureau Inc,    PO Box 3888,    Wichita KS 67201-3888
7612308        +Office Of United States Attorney,    US Courthouse Suite 290,    444 Southeast Quincy Street,
                 Topeka KS 66683-0002
7612310        +PROtrade Credit,    PO Box 17825,    Portland ME 04112-8825
7612312        +Riling Burkhead & Nitcher Chtd,    PO Box B,    Lawrence KS 66044-8996
7612313         Shawnee County Solid Waste Department,    PO Box 3566,    Topeka KS 66601-3566
7612314        +Shawnee County Treasurer,    200 SE 7th Street Room 101,    Topeka KS 66603-3959
8798868        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
7612315        +St Francis Health Center,    1700 SW 7th St,    Topeka KS 66606-1690
7612318        +TRUGREEN #5600,    Attn Accts Receivable,    8420 Cole Pky,    Shawnee Mission KS 66227-3129
7612316        +Trade Credit Services,    PO Box 105525,    Atlanta GA 30348-5525
7612317         Transworld Systems Inc,    4560 South Blvd Ste 100,    Virginia Beach VA 23452-1160
7612319        +Valentine Zimmerman & Zimmerman PA,    909 SE Quincy St,    Topeka KS 66612-1115
7612322        +William E Moore LSCSW PA,    5040 SW 28th St Ste B,    Topeka KS 66614-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Aug 02 2018 01:28:00     PRA Receivables Management, LLC,     POB 41067,
                 NORFOLK, VA 23541-1067
7612272        +EDI: BANKAMER.COM Aug 02 2018 01:28:00      AAA Financial Services,    PO Box 851001,
                 Dallas TX 75285-1001
7694097        +E-mail/Text: bncmail@w-legal.com Aug 01 2018 21:38:12      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY PS,    2001 WESTERN AVENUE STE 400,    SEATTLE WA 98121-3132
7615451        +EDI: AARGON.COM Aug 02 2018 01:28:00      Aargon Agency As Agent For Jackson Memorial / Ar A,
                 Jackson Memorial  Ar Assist Jer 1,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
7644507         EDI: BANKAMER2.COM Aug 02 2018 01:28:00      FIA Card Services NA,    PAYMENT ADDRESS,
                 PO Box 15102,    Wilmington DE 19886-5102
7612273         EDI: BANKAMER.COM Aug 02 2018 01:28:00      Bank Of America,    PO Box 982238,
                 El Paso TX  79998-2238
7612275         E-mail/Text: bkcy@balaw.org Aug 01 2018 21:38:20      Butler  Associates  PA,
                 3706 SW Topeka Blvd Ste 300,    Topeka KS 66609-1239
7732488        +E-mail/Text: bncmail@w-legal.com Aug 01 2018 21:38:12      CERASTES, LLC,
                 c o Weinstein And Riley PS,    2001 Western Avenue Ste 400,    Seattle WA 98121-3132
7612276         EDI: CAPITALONE.COM Aug 02 2018 01:28:00      Capital One Bank,    PO Box 60599,
                 City of Industry CA  91716-0599
7612277        +EDI: CAPITALONE.COM Aug 02 2018 01:28:00      Capital One/Best Buy,    Po Box 30253,
                 Salt Lake City UT 84130-0253
7612279         EDI: CHASE.COM Aug 02 2018 01:28:00      Chase,    PO Box 94014,    Palatine IL 60094-4014
7612280         EDI: CITICORP.COM Aug 02 2018 01:28:00      Citi Cards/Citibank,    PO Box 6241,
                 Sioux Falls SD  57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
7612281        EDI: CITICORP.COM Aug 02 2018 01:28:00      Citibank,   PO Box 6500,
               Sioux Falls SD  57117-6500
7612282        E-mail/Text: bankruptcy@commercebank.com Aug 01 2018 21:38:01      Commerce Bank,
               PO Box 419248,    Kansas City MO  64141-6248
7617403        E-mail/Text: bankruptcy@commercebank.com Aug 01 2018 21:38:01      Commerce Bank,
               P O BOX 419248,    KCREC-10,   Kansas City, MO 64141-6248
7612287        EDI: HFC.COM Aug 02 2018 01:28:00      Direct Merchants Bank,   Payment Center,   PO Box 49357,
               San Jose CA  95161-9357
7654400        E-mail/Text: bankruptcy.bnc@ditech.com Aug 01 2018 21:37:47      Green Tree Servicing, LLC,
               P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
7612292        E-mail/Text: bankruptcy.bnc@ditech.com Aug 01 2018 21:37:47      Green Tree,   PO Box 6172,
               Rapid City SD  57709-6172
7654401       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 01 2018 21:37:47      Green Tree Servicing, LLC,
               PO BOX 0049,   Palatine, IL 60055-0049,   Telephone number 60055-0049
7612294       +EDI: RMSC.COM Aug 02 2018 01:28:00      Home Depot,   2455 Paces Ferry Road,
               Atlanta GA 30339-6444
7612296        EDI: IRS.COM Aug 02 2018 01:28:00      Internal Revenue Service,   271 W 3rd Street N Suite 3000,
               Stop 5333 Wic,   Wichita KS  67202-1212
7612299       +E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Aug 01 2018 21:38:57      Kansas Income Tax,
               Kansas Department Of Revenue,   PO Box 12005,   Topeka KS 66601-3005
7612300        E-mail/Text: bncnotices@medusind.com Aug 01 2018 21:38:43      Kansas Medical Clinic PA,
               PO Box 219436,   Kansas City MO  64121-9436
7612307        E-mail/Text: bankruptcy@nfm.com Aug 01 2018 21:37:58      Nebraska Furniture Mart,   PO Box 2335,
               Omaha NE  68103-2335
7622509       +E-mail/Text: bankruptcy@nfm.com Aug 01 2018 21:37:58      Nebraska Furniture Mart,   PO Box 3000,
               Omaha, NE 68103-3030
7726707        EDI: PRA.COM Aug 02 2018 01:28:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk VA 23541
7612320        EDI: WFFC.COM Aug 02 2018 01:28:00      Wells Fargo,   PO Box 10475,   Des Moines IA  50306-0475
7672597       +EDI: WFFC.COM Aug 02 2018 01:28:00      Wells Fargo Bank N.A.,   MAC# D3347-014,
               3476 Stateview Blvd,   Fort Mill SC 29715-7203
7612321        E-mail/Text: bkcompliance@westarenergy.com Aug 01 2018 21:37:54      Westar Energy,
               PO Box 758500,   Topeka KS  66675-8500
7666957        E-mail/Text: bkcompliance@westarenergy.com Aug 01 2018 21:37:54      Westar Energy Inc,
               Attn: Bankruptcy Dept,   PO Box 208,   Wichita KS 67201-0208
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7612297*       Internal Revenue Service,   PO Box 7346,   Philadelphia PA  19101-7346
7642702      ##+Kansas Fencing, Inc.,   Timothy A. Shultz,   Parker & Hay, LLP,   400 S. Kansas Ave., Ste 200,
               Topeka KS 66603-3438
7612306      ##+Nationwide Recovery Systems LTD,   PO Box 702257,   Dallas TX 75370-2257
7612309      ##+Parker & Hays LLP,   400 S Kansas AVe Ste 200,   Topeka KS 66603-3438
7612311       ##Radiology And Nuclear Medicine,   PO Box 1887,   Topeka KS  66601-1887
                                                                                           TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    McCray Lumber Company aduncan@cmplaw.net
              Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
              jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com

```
District/off: 1083-5           User: mindy              Page 3 of 3               Date Rcvd: Aug 01, 2018
                               Form ID: 3180W           Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com, jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com
        John  Rafferty    on behalf of Creditor    Specialized Loan Servicing LLC john.rafferty@bonialpc.com
        Jonathon  Burford    on behalf of Creditor    Wells Fargo Bank, N.A. ksbk@km-law.com, Kozeny@ecf.courtdrive.com
        U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
        William H Griffin    inquiries@13trusteekc.com

                                            TOTAL: 7