**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS**

IN RE:  Case No: 13-40627-13
    Mark Leslie Pica
    Kelley Ann Pica

### NOTICE OF OPPORTUNITY FOR HEARING ON TRUSTEE'S FINAL REPORT AND ACCOUNT

**NOTICE IS HEREBY GIVEN** that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at Topeka, Kansas on or before December 20, 2018 the Final Report and Account will be granted by entry of a Final Decree which will discharge the Trustee, close the estate, release the Trustee's bond, and grant such other relief as may be just and proper.  If an objection is timely filed to the Final Report and Account a nonevidentiary hearing will be held before the U.S. Bankruptcy Court at 444 SE Quincy, Room 210, Topeka, KS  66683 on Monday, July 9, 2018 at  9:00 am, or as soon after as the same may be heard.

A hearing will not be held unless an objection and/or response is timely filed with the Clerk of the Court. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Notice and Final Report and Account attached thereto was sent electronically or mailed, postage prepaid, on November 20, 2018 to the following: Debtors, Debtors' Attorney, and U.S. Trustee.  A Summary of the Trustee's Final Report and Account was mailed to all creditors who filed claims.

Mark Leslie Pica
11532 Wellman Drive
Riverview, FL 33578

Kelley Ann Pica
2004 SW Smith St
Blue Springs, MO 64015

AARGON AGENCY
AGENT FOR JACKSON MEMORIAL AR
ASSIST JER 1
8668 SPRING MOUNTAIN RD
LAS VEGAS, NV 89117-4113

COMMERCE BANK NA
PO BOX 419248 KCREC-10
KANSAS CITY, MO 64179-0010

MIDWAY SALES & DISTRIBUTING
% STEPHEN P. WEIR
2900 SW WANAMAKER DR., STE 202
TOPEKA, KS 66614

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3105
OMAHA, NE 68197

CREDITORS SERVICE BUREAU
3410 SW VAN BUREN ST
PO BOX 5009
TOPEKA, KS 66605-0009

BLUETARP FINANCIAL INC
PO BOX 105525
ATLANTA, GA 30348-5525

FIA CARD SERVICES
PO BOX 15102
WILMINGTON, DE 19886-5102

COHEN MCNEILE & PAPPAS
7500 W 110TH ST
SUITE 110
OVERLAND PARK, KS 66210-2476

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com

KANSAS FENCING, INC
620 NW GORDON
TOPEKA, KS 66608

SHAWNEE COUNTY TREASURER
200 SE 7TH RM 101
TOPEKA, KS 66603

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

NEBRASKA FURNITURE MART INC
PO BOX 3000
OMAHA, NE 68103

KANSAS DEPARTMENT OF REVENUE
ATTN: CTE/BANKRUPTCY UNIT
PO BOX 12005
TOPEKA, KS 66612-2005

WESTAR ENERGY
% BANKRUPTCY TEAM
PO BOX 208
WICHITA, KS 67201-0208

ANTIO, LLC
% WEINSTEIN & RILEY
PO BOX 3978
SEATTLE, WA 98124

COMMUNITY BANK
PO BOX 4876
TOPEKA, KS 66614

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK, VA 23541

CERASTES LLC
%WEINSTEIN & RILEY PC
PO BOX 3978
SEATTLE, WA 98124-3978

GARY E HINCK
512 SW 6TH AVE STE 100
TOPEKA, KS 66603-3150