Form fnldec  (Revised 08/01/2018)

United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 13−40627              Chapter: 13

In re:

Mark Leslie Pica
fdba   MP Construction LLC
11532 Wellman Drive
Riverview, FL 33578

Kelley Ann Pica
2004 SW Smith St
Blue Springs, MO 64015

SSN: xxx−xx−3726 EIN: 26−2111186

SSN: xxx−xx−1588

**FINAL DECREE**

| Filed And Entered By The Court |
|---|
| **12/28/18**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. The Final Report and Account of the Standing Chapter 13 Trustee is approved.

2. William H Griffin is discharged as trustee of the estate and the trustee and the surety on the trustee's bond are released from any liability upon that bond in this case.

3. This chapter 13 case is closed.

Document 61

s/ Dale L. Somers
United States Bankruptcy Judge