**Form fnldec**  (Revised 08/01/2018)

United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 13–40627 | Chapter: 13

In re:

Mark Leslie Pica
fdba   MP Construction LLC
11532 Wellman Drive
Riverview, FL 33578

Kelley Ann Pica
2004 SW Smith St
Blue Springs, MO 64015

SSN: xxx–xx–3726 EIN: 26–2111186

SSN: xxx–xx–1588

**FINAL DECREE**

| **Filed And Entered By The Court** |
|---|
| **12/28/18** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. The Final Report and Account of the Standing Chapter 13 Trustee is approved.

2. William H Griffin is discharged as trustee of the estate and the trustee and the surety on the trustee's bond are released from any liability upon that bond in this case.

3. This chapter 13 case is closed.

Document 61

s/ Dale L. Somers
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                               District of Kansas
```

In re:                                                          Case No. 13-40627-DLS
Mark Leslie Pica                                                Chapter 13
Kelley Ann Pica
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1083-5          User: mindy              Page 1 of 1           Date Rcvd: Dec 28, 2018
                              Form ID: fnldecre        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2018.
db             +Mark Leslie Pica,    11532 Wellman Drive,    Riverview, FL 33578-3765
jdb            +Kelley Ann Pica,    2004 SW Smith St,    Blue Springs, MO 64015-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2018 at the address(es) listed below:
              Andrew M. Duncan    on behalf of Creditor    McCray Lumber Company aduncan@cmplaw.net
              Gary E. Hinck    on behalf of Joint Debtor Kelley Ann Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com;mm@kansasconsumer.co
               m;sg@kansasconsumer.com
              Gary E. Hinck    on behalf of Debtor Mark Leslie Pica gh@kansasconsumer.com,
               jy@kansasconsumer.com;notice@kansasconsumer.com;G19669@notify.cincompass.com;mm@kansasconsumer.co
               m;sg@kansasconsumer.com
              John Rafferty    on behalf of Creditor    Specialized Loan Servicing LLC john.rafferty@bonialpc.com
              Jonathon Burford    on behalf of Creditor    Wells Fargo Bank, N.A. ksbk@km-law.com,
               Kozeny@ecf.courtdrive.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    inquiries@13trusteekc.com
                                                                                               TOTAL: 7